# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Association of American Universities, et al.

### DEFENDANTS
Department of Health & Human Services, et al.

**(b)** County of Residence of First Listed Plaintiff: USA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: USA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Paul D. Clement, Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314 (202) 742-8900

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

(No boxes checked)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 U.S.C. §§ 701-706; Consolidated Appropriations Act, 2024, Pub. L. No. 118-47; and regulations governing federal grants

Brief description of cause:
Unlawful reduction of NIH indirect cost share in violation of appropriations rider, the Appropriations Clause, governing regulations, and the APA.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE: Angel Kelley
DOCKET NUMBER: 1:25-cv-10338-AK

DATE: February 10, 2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ Shoba Pillay

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE