# EXHIBIT 26

## DECLARATION OF WILLIAM WERTHEIM

I, William Wertheim, declare as follows:

1.      I am the Executive Vice President of Stony Brook Medicine, which is a component of the State University of New York ("SUNY") at Stony Brook ("SBU") in Stony Brook, New York. I have held that position since June 17, 2023. I also hold the Endowed Chair in Graduate Medical Education at SBU Renaissance School of Medicine.

2.      As Executive Vice President, I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by SUNY personnel, and could testify thereto.

3.      SBU receives substantial annual funding from the National Institutes of Health ("NIH").  This includes a total amount of $80,360,017 over 216 total current grant awards. This results in an indirect cost collection of approximately $27,142,157.

4.      The funding SBU receives from NIH supports critical and cutting-edge medical research, which millions of Americans benefit from and depend on. It is no exaggeration to say that NIH grants fund research that saves lives. For example:

     a.   NIH grants fund research on Alzheimer's Disease neuropathology in aging 9/11 responders.

     b.   NIH grants fund fundamental research for SBU researchers on the biology of cancer, and on novel cancer therapeutic and diagnostic tools, enabling medicine to better identify and treat cancers.

     c.   NIH grants support SBU researchers to develop sophisticated diagnostic techniques to identify mental illness, and understand the biology of sleep disorders, allowing earlier and better treatment for people across the country with these problems

d.   NIH grants support SBU scientists in understanding how to identify patterns in large data sets and utilize areas of artificial intelligence such as large language models, pattern recognition, and rapid comparison of information with databases to greatly enhance the speed with which diagnostic tests can be resulted and accelerate appropriate treatment for patients with a wide array of different diseases.

5.      Indirect costs are essential for supporting this research.  The NIH's proposal to cut indirect cost rates to 15% would end or seriously jeopardize all of the research projects described in paragraph 4.

6.      Indirect costs fund a range of important tasks and personnel, which includes research equipment and its related maintenance.  Without this equipment, we cannot conduct research.

7.      For example, with respect to the areas of research described in Paragraph 4:

a.   Laboratory science such as that used to understand the biology of cancer, and identify new treatments for cancer, require highly specialized equipment which is both costly to purchase and costly to operate, much more so than routine equipment to treat patients in a clinical setting.  Temperature controls are paramount and energy usage for this equipment is much greater and cannot be turned off. For example, tissue samples such as those required for cancer specimens require super-cooled freezers for storage and preservation (i.e., -80 degrees C), which requires both specialized protected areas, highly specialized management, and significant energy utilization.

b.   Data science and artificial intelligence tools used as described above also require highly sophisticated computer servers which demand sophisticated technicians to operate and maintain.  This too requires high energy utilization, significantly above that which normal computer servers would require.

    c.  Equipment needed for new treatments and diagnostic studies in mental illness similarly require highly specialized technical skills. For example, diagnostic studies in this area utilize radioisotopes which are manufactured with a cyclotron which is installed in one of our medical research buildings. This level of skill, attention to appropriate protocols, and maintenance is expensive and cannot be performed by individuals without the experience and training in operating these sensitive devices in a safe manner.

8.    Physical space costs are one of the largest components of indirect costs, and the amount of space available to researchers has a direct and obvious impact on the amount of research that can be done at SBU. Temperature, sterile environments, cleanliness, maintenance of protection from contamination from routine aerosolized microbes require a higher-than normal level of space, physical controls, and environmental (cleaning and humidity/air temperature) controls. Failure to provide these extra controls for sensitive equipment would both render the equipment unusable and damage the equipment; we would be forced to reduce the research efforts done in these facilities if not discontinue them entirely. Inability to provide the appropriate personnel to operate this machinery would also mean a reduction in schedules or having to cease using these devices. Finally, planned construction for which we have appropriated funds such as our planned Engineering-driven Medicine building would need to be abandoned or limited dramatically as we would not be able to sustain the maintenance, facilities operations, and specialized functions that the equipment needed would demand.

9.    In addition, indirect costs fund the administration of awards, including staff who ensure compliance with a vast number of regulatory mandates from agencies such as NIH.[1] These mandates serve many important functions, including protecting human and animal subjects involved

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

in research; ensuring research integrity; properly managing and disposing of chemical and biological agents used in research; preventing financial conflicts of interest; managing funds; preventing intellectual property, technologies, or national security expertise from being inappropriately accessed by foreign adversaries; and providing the high level of cybersecurity, data storage, and computing environments mandated for regulated data.

10.    Recovery of SBU's indirect costs is based on predetermined rates that have been contractually negotiated with the federal government.

11.    SBU has, currently, a negotiated rate for indirect costs of 59.5% for on-campus research. Attached hereto as Exhibit A is the Negotiated Indirect Cost Rate Agreement between The Research Foundation for The State University of New York o/b/o Stony Brook University and the U.S. Department of Health & Human Services.

12.    The impact of a reduction in the indirect cost rate would be devastating. Taking into account all the NIH grants currently awarded to SBU, we risk losing at least $14.87 million as a result of NIH's 15% cap, including approximately $6.1 million it will incur to support vital research in the next five months. In Fiscal Year 2026 through the end of each of the current NIH awards, another $8.74 million is also at risk. This is almost certainly an undercount of potential losses, as most SBU grants are awarded in yearly installments, and these figures count only the current active yearly installment.

13.    This reduction will have deeply damaging effects on SBU's ability to conduct research from day one.  Most critically, it will necessarily and immediately in staffing reductions across the board.  For example:

    a.    Our Office of Research and Innovation would have to sharply reduce the number of personnel charged with ensuring compliance with research rules.  They would also need to curtail their activity in protecting the privacy of research data.

b.  SBU operates many shared research resources which allow multiple investigators to use the same resources while limiting the costs to the University and NIH at large.  However, those resources—such as a cryo-Electron Microscopy facility, or our 'Freezer Farm' which provides –80 degree storage of biologic specimens— would lose the personnel and the maintenance of physical facilities which allow them to function.  This would mean we would need to close or curtail the use of these facilities and leave researchers unable to carry out studies.  This would directly lead to a reduction of science which improves people's lives and reduces the burden of disease in our society.

14.  SBU has for decades relied on the payment of indirect costs. And until now, we have been able to rely on the well-established process for negotiating indirect cost rates with the government to inform our budgeting and planning. Operating budgets rely on an estimate of both direct and indirect sponsored funding to plan for annual staffing needs (*e.g.*, post-docs, PhD students, and other research staff), infrastructure support (*e.g.*, IT networks, regulatory compliance, and grant management support), and facility and equipment purchases.  And in some cases, SBU has long-term obligations—for example, the training of future scientists during their Ph.D. programs or as post-doctoral fellows, the salaries of tenured faculty (all faculty are expected to recoup some of their salary from grant support to incentive robust efforts in investigative science by the faculty), and it relies on budgeted grant funding, including associated indirect cost recovery, to fulfill these commitments.

15.  In addition to the immediate impacts and reliance interests described above, there are longer term impacts that are both cumulative and cascading.  The need to curtail research because of the reduction of services actively discourages students from pursuing science careers, which means long-term harm to the science effort in our country.  Highly specialized technicians needed to operate

the equipment needed for research turn to other careers or other locales and are extremely difficult to woo back.

16.     Disruptions to SBU's research will also have negative effects in the Stony Brook, NY and Long Island areas, the state of New York, and the broader region. Fourteen thousand New York residents are directly employed by Stony Brook Medicine across all its areas of research, education, and clinical care—and it collaborates with state and local partners to help solve regional challenges through joint research and innovation.  SBU's research also fuels spending in the regional economy, including by driving discoveries that launch new ventures, attract private investment, and make a positive social impact.  A massive reduction in SBU's research budget would immediately and seriously jeopardize these contributions to the local region.

17.     Finally, slowdowns or halts in research by SBU and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our Nation's national security and its economic dominance.

18.     Nor can SBU cover the funding gap itself. While SBU maintains an endowment, it is neither feasible nor sustainable for SBU to use endowment funds or other revenue sources to offset shortfalls in indirect cost recovery, for several reasons:

     a.  The majority of SBU's endowment is restricted to specific donor-designated purposes, such as scholarships, faculty chairs, and academic programs.  SBU is not legally permitted to use those funds to cover research infrastructure costs.

     b.  Even the portion of the endowment that is unrestricted is subject to a carefully managed annual payout to ensure long-term financial stability for the institution.

     c.  As a public institution, SBU reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps.  In other words, unlike for-profit organizations, SBU does not generate significant surpluses that

could be redirected without impacting core academic priorities such as educational programs and financial aid support for students.

19.    Moreover, absorbing the cost of a lower indirect cost rate, even if it were possible, would create long-term budget pressures on SBU—which would in turn force reductions in key investments supporting SBU's faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain SBU's academic excellence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of February, at Huntington, New York.


/s/ William Wertheim
William Wertheim

# EXHIBIT A

# COLLEGES AND UNIVERSITIES RATE AGREEMENT

EIN: 1146013200F7

ORGANIZATION:
RFSUNY and SUNY at Stony Brook
35 State Street
Albany, NY 12207-2826

Date: 04/15/2024

FILING REF.: The preceding
agreement was dated
04/27/2023

The rates approved in this agreement are for use on grants, contracts and other agreements with the Federal Government, subject to the conditions in Section III.

## SECTION I: INDIRECT COST RATES

RATE TYPES:      FIXED    FINAL    PROV. (PROVISIONAL)        PRED. (PREDETERMINED)

|       | EFFECTIVE PERIOD | | | | |
| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
| --- | --- | --- | --- | --- | --- |
| PROV. | 07/01/2023 | Until Amended | 59.50 | On-Campus | Research |
| PROV. | 07/01/2023 | Until Amended | 26.00 | Off-Campus | Research |
| PROV. | 07/01/2023 | Until Amended | 62.50 | On-Campus | Research DOD Contract |
| PROV. | 07/01/2023 | Until Amended | 29.00 | Off-Campus | Research DOD Contract |
| PROV. | 07/01/2023 | Until Amended | 52.00 | On-Campus | Instruction |
| PROV. | 07/01/2023 | Until Amended | 26.00 | Off-Campus | Instruction |
| PROV. | 07/01/2023 | Until Amended | 42.00 | On-Campus | Other Sponsored Programs |
| PROV. | 07/01/2023 | Until Amended | 26.00 | Off-Campus | Other Sponsored Programs |
| PROV. | 07/01/2023 | Until Amended | 9.00 | All | IPA (A) |

*BASE

Modified total direct costs, consisting of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel and up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). Modified total direct costs shall exclude equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs.

------------------------------

(A) See Special Remarks (6)

ORGANIZATION: RFSUNY and SUNY at Stony Brook
AGREEMENT DATE: 04/15/2024

## SECTION I: FRINGE BENEFIT RATES**

| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
|------|------|-----|---------|----------|---------------|
| FIXED | 7/1/2023 | 6/30/2024 | 40.00 | All | Regular Employees |
| FIXED | 7/1/2023 | 6/30/2024 | 28.00 | All | Post Doctorals |
| FIXED | 7/1/2023 | 6/30/2024 | 14.00 | All | Summer Employees |
| FIXED | 7/1/2023 | 6/30/2024 | 13.00 | All | Graduate Students |
| FIXED | 7/1/2023 | 6/30/2024 | 6.00 | All | Undergraduate Student |
| FIXED | 7/1/2024 | 6/30/2025 | 39.50 | All | Regular Employees |
| FIXED | 7/1/2024 | 6/30/2025 | 31.00 | All | Post Doctorals |
| FIXED | 7/1/2024 | 6/30/2025 | 14.00 | All | Summer Employees |
| FIXED | 7/1/2024 | 6/30/2025 | 13.00 | All | Graduate Students |
| FIXED | 7/1/2024 | 6/30/2025 | 5.50 | All | Undergraduate Student |
| PROV. | 7/1/2025 | 6/30/2028 | 39.50 | All | Regular Employees |
| PROV. | 7/1/2025 | 6/30/2028 | 33.00 | All | Post Doctorals |
| PROV. | 7/1/2025 | 6/30/2028 | 14.50 | All | Summer Employees |
| PROV. | 7/1/2025 | 6/30/2028 | 13.50 | All | Graduate Students |
| PROV. | 7/1/2025 | 6/30/2028 | 5.50 | All | Undergraduate Student |

** DESCRIPTION OF FRINGE BENEFITS RATE BASE:

Salaries and wages.

ORGANIZATION: RFSUNY and SUNY at Stony Brook
AGREEMENT DATE: 04/15/2024

## SECTION II: SPECIAL REMARKS

<u>TREATMENT OF FRINGE BENEFITS:</u>
The fringe benefits are charged using the rate(s) listed in the Fringe Benefits Section of this Agreement.
The fringe benefits included in the rate(s) are listed below.

ORGANIZATION: RFSUNY and SUNY at Stony Brook
AGREEMENT DATE: 04/15/2024

1. These Facilities and Administrative cost rates apply when grants and contracts are awarded jointly to Research Foundation for SUNY and SUNY at Stonybrook.

2. OFF–CAMPUS DEFINITION: For all activities performed in facilities not owned or leased by the institution or to which rent is directly allocated to the project(s), the off–campus rate will apply. Grants or contracts will not be subject to more than one Facilities and Administrative cost rate. If more than 50% of a project is performed off–campus, the off–campus rate will apply to the entire project.

3. The fringe benefit costs listed below are reimbursed to the grantee through the direct fringe benefit rates applicable to Research Foundation employees: Retiree Health Insurance, Retirement Expense, Social Security, NYS Unemployment Insurance, NYS Disability Insurance, Group Health Insurance, Group Life Insurance, Long Term Disability Insurance, Workers' Compensation, Dental Insurance, Vacation & Sick Leave*, and Vision Benefits.

*This component consists of payments for accrued unused vacation leave made in accordance with the Research Foundation Leave Policy to employees who have terminated, changed accruing status, or transferred. It also includes payments for absences over 30 calendar–days that are charged to sick leave.

The fringe benefit costs for State University of New York employees are charged utilizing the New York State fringe benefit rate for federal funds. This approved rate is contained in the New York State–Wide Cost Allocation Plan. This rate includes the following costs: Social Security, Retirement, Health Insurance, Unemployment Benefits, Workers' Compensation, Survivors' Benefits, Dental Insurance, Employee Benefit Funds, and Vision Benefits.

4. Equipment means tangible personal property (including information technology systems) having a useful life of more than one year and a per–unit acquisition cost which equals or exceeds $5,000.

5. Treatment of Paid Absences: *Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages. Separate claims for the cost of these paid absences are not made.

6. This rate applies to positions covered under the Intergovernmental Personnel Act (IPA) Mobility Program. This rate includes the applicable administrative costs only.

7. The one year rate extension of the indirect cost rate was granted in accordance with the OMB Memorandum M–20–17.

8. Your next IDC proposal based on actual costs for the fiscal year ending 06/30/2022 is due in our office by 12/31/2022 (proposal in–house), and your next FB proposal based on actual costs for the fiscal year ending 06/30/2024 is due in our office by 12/31/2024.

9. This rate agreement updates the fringe benefit rates only.

ORGANIZATION: RFSUNY and SUNY at Stony Brook
AGREEMENT DATE: 04/15/2024

## SECTION III: GENERAL

A.   <u>LIMITATIONS:</u>

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions: (1) Only costs incurred by the organization were included in its indirect cost pool as finally accepted: such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as indirect costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

B.   <u>ACCOUNTING CHANGES:</u>

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require prior approval of the authorized representative of the cognizant agency. Such changes include, but are not limited to, changes in the charging of a particular type of cost from indirect to direct. Failure to obtain approval may result in cost disallowances.

C.   <u>FIXED RATES:</u>

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

D.   <u>USE BY OTHER FEDERAL AGENCIES:</u>

The rates in this Agreement were approved in accordance with the authority in Title 2 of the Code of Federal Regulations, Part 200 (2 CFR 200), and should be applied to grants, contracts and other agreements covered by 2 CFR 200, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

E.   <u>OTHER:</u>

If any Federal contract, grant or other agreement is reimbursing indirect costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of indirect costs allocable to these programs.

## BY THE INSTITUTION:

RFSUNY and SUNY at Stony Brook
_____
(INSTITUTION)

DocuSigned by:

*David Martin*
_____
(SIGNATURE)    C8FC256F18C2403...

David Martin
_____
(NAME)

Associate Director of Cost Accounting
_____
(TITLE)

6/11/2024
_____
(DATE)

## ON BEHALF OF THE GOVERNMENT:

DEPARTMENT OF HEALTH AND HUMAN SERVICES
_____
(AGENCY)

Darryl W. Mayes -S    Digitally signed by Darryl W. Mayes -S
Date: 2024.06.07 15:09:16 -04'00'
_____
(SIGNATURE)

Darryl W. Mayes
_____
(NAME)

Deputy Director, Cost Allocation Services
_____
(TITLE)

04/15/2024
_____
(DATE)

HHS REPRESENTATIVE:  Ryan McCarthy

TELEPHONE:           (212) 264-2069

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| FY Covered by Rate: | 7/1/19- |
|---|---|
| Rate type:  Predetermined | 06/30/23 |

**Rate Component**

| | | |
|---|---|---|
| 1. Depreciation - Bldgs & Improvements | 5.2% | |
| 2. Depreciation - Equipment | 3.0% | |
| 3. Operation & Maintenance | 19.4% | |
| 4. Interest | 3.0% | |
| 5. Library | 1.6% | |
| 6. General Administration | 0.0% | * |
| 7. Departmental Administration | 26.0% | * |
| 8. Sponsored Funds Administration | 0.0% | * |
| 9. Utility Cost Adjustment | 1.3% | |
| Published On-Campus Rate- Research | 59.5% | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guida Costs Identification and Assignment, and Rate Determination for Education (IHEs), C.8. dated December 26, 2013.**

Name    *DocuSigned by:* Chris Wade  —18AE92672369483...

Title    Senior Director Cost Accounting and Procurement

Date    6/23/2020

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| | |
|---|---|
| **FY Covered by Rate:** | **7/1/19-** |
| **Rate type:  Predetermined** | **06/30/23** |

**Rate Component**

| | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **0.0%** | |
| **2. Depreciation - Equipment** | **0.0%** | |
| **3. Operation & Maintenance** | **0.0%** | |
| **4. Interest** | **0.0%** | |
| **5. Library** | **0.0%** | |
| **6. General Administration** | **0.0%** | * |
| **7. Departmental Administration** | **26.0%** | * |
| **8. Sponsored Funds Administration** | **0.0%** | * |
| **9. Utility Cost Adjustment** | **0.0%** | |
| **Published Off-Campus Rate - Research** | **26.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**



Name

    Senior Director Cost Accounting and Procurement

Title

Date        6/23/2020

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| | |
|---|---|
| **FY Covered by Rate:** | **7/1/19-** |
| **Rate type:  Predetermined** | **06/30/23** |

**Rate Component**

| Rate Component | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **5.2%** | |
| **2. Depreciation - Equipment** | **3.0%** | |
| **3. Operation & Maintenance** | **19.4%** | |
| **4. Interest** | **3.0%** | |
| **5. Library** | **1.6%** | |
| **6. General Administration** | **10.3%** | * |
| **7. Departmental Administration** | **11.0%** | * |
| **8. Sponsored Funds Administration** | **7.7%** | * |
| **9. Utility Cost Adjustment** | **1.3%** | |
| **Published On-Campus Rate- Research DOD** | **62.5%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**

DocuSigned by:

*Chris Wade*

18AE92672369483...

**Name**

Senior Director Cost Accounting and Procurement

**Title**

6/23/2020

**Date**

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| **FY Covered by Rate:** | **7/1/19-** |
| **Rate type:  Predetermined** | **06/30/23** |

**Rate Component**

| | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **0.0%** | |
| **2. Depreciation - Equipment** | **0.0%** | |
| **3. Operation & Maintenance** | **0.0%** | |
| **4. Interest** | **0.0%** | |
| **5. Library** | **0.0%** | |
| **6. General Administration** | **10.3%** | * |
| **7. Departmental Administration** | **11.0%** | * |
| **8. Sponsored Funds Administration** | **7.7%** | * |
| **9. Utility Cost Adjustment** | **0.0%** | |
| **Published Off-Campus Rate- Research DOD** | **29.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**



**Name**

Senior Director Cost Accounting and Procurement

**Title**

6/23/2020

**Date**

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| **FY Covered by Rate:** | **7/1/19-** |
|---|---|
| **Rate type:  Predetermined** | **06/30/23** |

**Rate Component**

| | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **2.6%** | |
| **2. Depreciation - Equipment** | **1.8%** | |
| **3. Operation & Maintenance** | **9.2%** | |
| **4. Interest** | **0.9%** | |
| **5. Library** | **1.5%** | |
| **6. General Administration** | **0.0%** | * |
| **7. Departmental Administration** | **26.0%** | * |
| **8. Sponsored Funds Administration** | **0.0%** | * |
| **9. Student Services** | **0.0%** | |
| **Published On-Campus Rate - OSP** | **42.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**

**Name**   _DocuSigned by:_
_Chris Wade_
18AE92672369483...

**Title**   Senior Director Cost Accounting and Procurement

**Date**   6/23/2020

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| FY Covered by Rate: | 7/1/19- |
| **Rate type:  Predetermined** | 06/30/23 |

**Rate Component**

| | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **0.0%** | |
| **2. Depreciation - Equipment** | **0.0%** | |
| **3. Operation & Maintenance** | **0.0%** | |
| **4. Interest** | **0.0%** | |
| **5. Library** | **0.0%** | |
| **6. General Administration** | **0.0%** | * |
| **7. Departmental Administration** | **26.0%** | * |
| **8. Sponsored Funds Administration** | **0.0%** | * |
| **9. Student Services** | **0.0%** | |
| **Published Off-Campus Rate - OSP** | **26.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**

Name     *Chris Wade*
—DocuSigned by:
—18AE92672369483...

Title     Senior Director Cost Accounting and Procurement

Date     6/23/2020

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| FY Covered by Rate: | 7/1/19- |
| Rate type:  Predetermined | 06/30/23 |

**Rate Component**

| | | |
|---|---|---|
| 1. Depreciation - Bldgs & Improvements | 4.3% | |
| 2. Depreciation - Equipment | 0.6% | |
| 3. Operation & Maintenance | 12.0% | |
| 4. Interest | 1.6% | |
| 5. Library | 7.5% | |
| 6. General Administration | 0.0% | * |
| 7. Departmental Administration | 26.0% | * |
| 8. Sponsored Funds Administration | 0.0% | * |
| 9. Student Services | 0.0% | |
| Published On-Campus Rate- Instruction | 52.0% | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**

Name
DocuSigned by:
*Chris Wade*
18AE92672369483...

Title    Senior Director Cost Accounting and Procurement

Date    6/23/2020

**Components of Published Facilities & Administrative Cost Rate**

**Institution : RFSUNY and SUNY at Stony Brook**

| | |
|---|---|
| **FY Covered by Rate:** | **7/1/19-** |
| **Rate type:  Predetermined** | **06/30/23** |

**Rate Component**

| Rate Component | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvements** | **0.0%** | |
| **2. Depreciation - Equipment** | **0.0%** | |
| **3. Operation & Maintenance** | **0.0%** | |
| **4. Interest** | **0.0%** | |
| **5. Library** | **0.0%** | |
| **6. General Administration** | **0.0%** | * |
| **7. Departmental Administration** | **26.0%** | * |
| **8. Sponsored Funds Administration** | **0.0%** | * |
| **9. Student Services** | **0.0%** | |
| **Published Off-Campus Rate- Instruction** | **26.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform Guidance - Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), C.8. dated December 26, 2013.**

DocuSigned by:

*Chris Wade*

18AE92672369483...

**Name**

Senior Director Cost Accounting and Procurement

**Title**

6/23/2020

**Date**

**Components of Published Facilities & Administrative Cost Ra**

**Institution : RFSUNY and SUNY at Stony Brook**

| | |
|---|---|
| **FY Covered by Rate:** | **7/1/19-** |
| **Rate type: Predetermined** | **06/30/23** |

**Rate Component**

| | | |
|---|---|---|
| **1. Depreciation - Bldgs & Improvement** | **0.0%** | |
| **2. Depreciation - Equipment** | **0.0%** | |
| **3. Operation & Maintenance** | **0.0%** | |
| **4. Interest** | **0.0%** | |
| **5. Library** | **0.0%** | |
| **6. General Administration** | **1.4%** | * |
| **7. Departmental Administration** | **0.0%** | * |
| **8. Sponsored Funds Administration** | **7.6%** | * |
| **9. Student Services** | **0.0%** | |
| **Published Rate - IPA** | **9.0%** | |

**\* Reflects provisions of Appendix III to Part 200 of Uniform G Costs Identification and Assignment, and Rate Determination Education (IHEs), C.8. dated December 26, 2013.**

Name

DocuSigned by:

*Chris Wade*

18AE92672369483...

Title

Senior Director Cost Accounting and Procurement

Date

6/23/2020