UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., <br><br> *Defendants*. | Case No. 1:25-cv-10346 |

**MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs hereby move for leave to file an overlength memorandum of 37 pages in support of Plaintiffs' Motion for a Temporary Restraining Order. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiffs have good cause to request leave to file an overlength brief given the factual complexity of the issues before the Court; the scope and national significance of the claims, which implicate a vast array of federally funded research programs; and the highly compressed timeline Plaintiffs had to prepare the brief following Defendants' February 7, 2025, announcement of the Guidance at issue in this lawsuit. Plaintiffs submit that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiffs would be amenable to a corresponding extension for any opposition filed by Defendants. Accordingly, Plaintiffs respectfully request that this Court grant this motion for leave to file an overlength brief.

On February 10, 2025, counsel for Plaintiffs notified counsel for Defendants regarding the contents of this Motion. Pursuant to Local Rule 7.1, counsel for Plaintiffs provided notice of the

1

contents of this Motion to the following individuals at the U.S. Department of Justice by electronic mail:

>Eric J. Hamilton
>Deputy Assistant Attorney General, Federal Programs Branch
>eric.hamilton@usdoj.gov
>
>Alex Haas
>Co-Director, Federal Programs Branch
>alex.haas@usdoj.gov
>
>Diane Kelleher
>Co-Director, Federal Programs Branch
>diane.kelleher@usdoj.gov
>
>John Griffiths
>Co-Director, Federal Programs Branch
>john.griffiths@usdoj.gov
>
>Raymond Farquhar
>Chief, Defensive Litigation, Civil Division
>U.S. Attorney's Office for the District of Massachusetts
>raymond.farquhar@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendant's counsel, but Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law in support of Plaintiffs' motion for a temporary restraining order.

Respectfully submitted,

/s/ Shoba Pillay
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Dated: February 10, 2025

**CERTIFICATE OF SERVICE**

    Counsel for Plaintiffs certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Shoba Pillay
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Dated: February 10, 2025

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>*Defendants*. | Case No. ___ |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

The Court hereby grants Plaintiffs' Motion for leave to file a memorandum exceeding twenty pages in length in support of Plaintiffs' Motion for a temporary restraining order.

/s/_____
District Judge

4