# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10346-AK |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Marc S. Sacks hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

                                                   Respectfully submitted,

                                                   BRETT A. SHUMATE <br>
                                                   Acting Assistant Attorney General

                                                   LEAH B. FOLEY <br>
                                                   United States Attorney

                                                   BRIAN C. LEA <br>
                                                   Deputy Associate Attorney General

Dated: February 12, 2025            */s/ Marc S. Sacks* <br>
                                                   BRIAN C. LEA (Ga. Bar No. 213529) <br>
                                                   *Deputy Associate Attorney General* <br>
                                                   MARC S. SACKS (Ga. Bar No. 621931) <br>
                                                   *Deputy Director* <br>
                                                   KEVIN P. VANLANDINGHAM (NY Reg No. 4741799) <br>
                                                   *Assistant Director* <br>
                                                   THOMAS PORTS (Va. Bar No. 84321) <br>
                                                   *Trial Attorney*

U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 12, 2025          */s/ Marc S. Sacks*
                      Marc S. Sacks