## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-10346-AK |

## DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1(b)(4), Defendants respectfully move the Court to allow the Defendants to exceed the page limitation set by Local Rule 7.1(b)(4) by no more than twenty pages for Defendants forthcoming opposition to Plaintiffs' motion for a temporary restraining order.[1] Defendants conferred with counsel for Plaintiffs who indicated that they do not oppose the request.

Good cause exists for this request. Plaintiffs' thirty-seven-page memorandum in support of their motion asserts, inter alia, that Defendants' Rate Change Notice violates

---

[1] Defendants acknowledge and will comply with the Court's order to submit a single, consolidated opposition to the Motion for a Temporary Restraining Order that will be filed in the three related matters. (Doc No. 65). We also acknowledge that, in No. 1:25-cv-10338, the Court granted our motion for leave to file excess pages (No. 1:25-cv-10338, Doc No. 57), which may be interpreted to provide all necessary relief to file an overlength consolidated opposition. We submit this similar motion here out of an abundance of caution, as we did in the other related case, No. 1:25-cv-10340 (Doc No. 25).

the Administrative Procedure Act and is otherwise unlawful. Defendants assert that the additional pages are necessary to fully set forth argument in opposition to Plaintiffs' motion.

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Acting Assistant Attorney General

                                                LEAH B. FOLEY
                                                United States Attorney

                                                BRIAN C. LEA
                                                Deputy Associate Attorney General

Dated: February 14, 2025                  */s/ Marc S. Sacks*
                                                BRIAN C. LEA (Ga. Bar No. 213529)
                                                *Deputy Associate Attorney General*
                                                MARC S. SACKS (Ga. Bar No. 621931)
                                                *Deputy Director*
                                                KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
                                                *Assistant Director*
                                                THOMAS PORTS (Va. Bar No. 84321)
                                                *Trial Attorney*
                                                U.S. Department of Justice
                                                Civil Division
                                                Corporate/Financial Section
                                                P.O. Box 875
                                                Ben Franklin Stations
                                                Washington D.C. 20044-0875
                                                Tel: (202) 307-1104
                                                Email: marcus.s.sacks@usdoj.gov
                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 14, 2025                                    */s/ Marc S. Sacks*
                                                                              Marc S. Sacks