**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-10338<br>) |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | )<br>) |
| Defendants. | )<br>) |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-10340<br>) |
| NATIONAL INSTITUTES OF HEALTH, et al., | )<br>) |
| Defendants. | )<br>) |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-10346<br>) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>) |
| Defendants. | )<br>) |

1

## [PROPOSED] ORDER STAYING ALL DEADLINES

Pending before the Court is the Defendants' Assented-to Motion to Stay All Deadlines. After reviewing the motion, and for good cause shown, the Court is of the opinion that the motion should be **GRANTED**.

For reasons stated in the Defendants' Assented-to Motion to Stay All Deadlines, it is hereby **ORDERED** that all deadlines in all captioned cases are stayed until this Court rules on the Defendants' Assented-to Motion to Convert and to Enter Final Judgment.

It is **SO ORDERED**.

Signed this _____ of _____, 2025.

_____
HON. ANGEL KELLEY
UNITED STATES DISTRICT JUDGE