# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-10346 |

**DECLARATION OF BARBARA R. SNYDER**

I, Barbara R. Snyder, hereby state and declare as follows.

1. I am the President of the Association of American Universities ("AAU") and am deeply familiar with both the organization and this litigation. I have personal knowledge of the contents of this declaration.

2. AAU is a 501(c)(3) organization with fewer than 500 employees.

3. AAU was responsible for all Plaintiffs' attorneys' fees and costs for this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026, in Washington, DC.

Barbara R. Snyder

Barbara R. Snyder