# EXHIBIT 3

AAU v. HHS: Jenner Block Time Entries

| Date | Name | Title | Hours | Total | Narrative |
|---|---|---|---|---|---|
| 02/09/2025 | DAVID C. LAYDEN | Partner | 6.50 | 11,115.00 | Drafted and revised declarations, including emails with school and AAU counsel and with Jenner team members. |
| 02/09/2025 | H. KELLY LEW | Clerk | 12.10 | 11,253.00 | Incorporated edits and citations in draft complaint and draft TRO. |
| 02/09/2025 | LINDSAY C. HARRISON | Partner | 17.50 | 37,275.00 | Worked on complaint, declarations; call with J&B group to prepare for GC call; calls with AAU member GC group; call with GC Steering Committee group; call with AAU GC group; coordination call with various client groups; call with J&B group; continued review and work on declarations and emails with J&B team re same. |
| 02/09/2025 | ALLISON N. DOUGLIS | Associate | 7.50 | 11,062.50 | Revised complaint (3.5); researched venue question (0.3); drafted inserts for plaintiff allegations in complaint and implemented other revisions to same (3.7). |
| 02/09/2025 | SANDRA M. GENTILE | Administrator | 8.50 | 5,865.00 | Draft ancillary pleadings in support of motion for TRO and edit memorandum in support thereof. |
| 02/09/2025 | CHERYL L. OLSON | Paralegal | 7.50 | 5,175.00 | Cite checked complaint; cite checked temporary restraining order. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Revised declaration for NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 3.50 | 4,760.00 | Drafted declaration for NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 2.00 | 2,720.00 | Revised TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.80 | 1,088.00 | Conference with B. Henthorne and AAU member re declaration strategy. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Drafted litigation hold. |
| 02/09/2025 | MICHELLE A. LI | Associate | 1.00 | 1,360.00 | Revised declaration in support of NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Conferences with B. Henthorne re declaration strategy for all schools. |
| 02/09/2025 | MICHELLE A. LI | Associate | 2.50 | 3,400.00 | Revised declaration in support of NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with K. Wynbrandt, B. Henthorne re declarations and TRO revisions. |
| 02/09/2025 | MICHELLE A. LI | Associate | 1.30 | 1,768.00 | Revised declaration for NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 1.80 | 2,448.00 | Revised declaration in support of NIH complaint and TRO. |
| 02/09/2025 | MICHELLE A. LI | Associate | 0.80 | 1,088.00 | Conference with I. Bhabha and APLU leadership team re legal strategy and declaration. |
| 02/09/2025 | ZACHARY C. SCHAUF | Partner | 12.00 | 20,160.00 | Coordinated and edited TRO papers and participated in calls re same. |
| 02/09/2025 | MARY E. MARSHALL | Associate | 4.00 | 5,440.00 | Drafted declaration in support of TRO. |
| 02/09/2025 | MARY E. MARSHALL | Associate | 5.50 | 7,480.00 | Revised AAU member declarations in support of TRO and conferred with Jenner team re same. |
| 02/09/2025 | MARY E. MARSHALL | Associate | 0.70 | 952.00 | Reviewed complaint, motion for TRO, and sample declaration to onboard to case. |
| 02/09/2025 | ADAM G. UNIKOWSKY | Partner | 8.50 | 14,917.50 | Researched and drafted complaint and motion for TRO; participated in internal and external meetings re same. |
| 02/09/2025 | ELIZABETH L. HENTHORNE | Partner | 14.80 | 23,976.00 | Corresponded re NIH litigation (3.0); reviewed and edited draft litigation documents (9.0); conferred with I. Bhabha and L. Harrison re declarations (.25); conferred with K. Wynbrandt re declarations (.25); conferred with L. Hartz re client call and declarations (.25); conferred with M. Li re declarations (.25); conferred with Z. Schauf re declarations (.25); reviewed and edited template declaration (.50); conferred with M. Marshall re declarations (.25); call with AAU general counsels (.75). |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with A. Douglis re complaint and temporary restraining order brief. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed legal research. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with J. St. Onge re complaint edits. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with Z. Schauf re complaint. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with J. St. Onge re complaint edits. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with T. Lockheed re filing temporary restraining order and accompanying motions. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with B. Henthorne re filings. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 6.50 | 9,945.00 | Edited complaint and temporary restraining order brief and conducted associated research. |
| 02/09/2025 | HILARY R. LEDWELL | Associate | 1.30 | 1,989.00 | Conferred with internal team re complaint and temporary restraining order brief. |
| 02/09/2025 | ISHAN K. BHABHA | Partner | 14.50 | 26,825.00 | Worked with team to continue to draft TRO and Complaint, compile declarations; calls with client groups. |
| 02/09/2025 | KATHRYN L. WYNBRANDT | Partner | 8.30 | 13,155.50 | Prepared litigation filings re NIH grants guidance and strategized w/team re same. |
| 02/09/2025 | LAUREN J. HARTZ | Partner | 6.50 | 10,465.00 | Addressed declarations for TRO motion; addressed case strategy; addressed litigation strategy; addressed declarations. |
| 02/09/2025 | STEVEN R. ENGLUND | Partner | 7.00 | 11,690.00 | Revised complaint, TRO brief, declarations from AAU member schools. |
| 02/09/2025 | JULIANNA ST. ONGE | Associate | 6.30 | 7,402.50 | Drafted TRO brief section re associational standing. |
| 02/09/2025 | JULIANNA ST. ONGE | Associate | 1.00 | 1,175.00 | Conducted research for TRO draft. |

| | | | | | |
|---|---|---|---|---|---|
| 02/09/2025 | JULIANNA ST. ONGE | Associate | 0.50 | 587.50 | Corresponded with Jenner team re: case strategy. |
| 02/09/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Reviewed and edited draft declaration. |
| 02/10/2025 | MICHELLE A. LI | Associate | 4.30 | 5,848.00 | Revised declarations from various plaintiffs for NIH litigation. |
| 02/10/2025 | MICHELLE A. LI | Associate | 3.00 | 4,080.00 | Revised TRO. |
| 02/10/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Correspondence with I. Bhabha, B. Henthorne, et al re new plaintiffs and litigation updates. |
| 02/10/2025 | MICHELLE A. LI | Associate | 3.50 | 4,760.00 | Revised complaint. |
| 02/10/2025 | CHERYL L. OLSON | Paralegal | 10.20 | 7,038.00 | Cite checked temporary restraining order; reviewed and revised temporary restraining order; cite checked motion in support of relatedness. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with B. Henthorne re filings. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with B. Henthorne re finalizing complaint. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 1.50 | 2,295.00 | Conferred with internal team re complaint and temporary restraining order brief. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 1.50 | 2,295.00 | Edited complaint and temporary restraining order brief and conducted associated research. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on zoom with Z. Schauf, B. Henthorne, and A. Douglis re grant litigation. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with K. Wynbrandt and S. Mielke Gentile re finalizing filings. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with internal team re finalizing filings. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed Massachusetts temporary restraining order brief. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 1.50 | 2,295.00 | Participated on call with internal team re finalizing grant filings. |
| 02/10/2025 | HILARY R. LEDWELL | Associate | 5.00 | 7,650.00 | Edited complaint and temporary restraining order brief and conducted associated research. |
| 02/10/2025 | LAUREN J. HARTZ | Partner | 5.40 | 8,694.00 | Drafted and revised declarations and other filing materials; coordinated with states re filings. |
| 02/10/2025 | DAVID C. LAYDEN | Partner | 1.70 | 2,907.00 | Revised and finalized AAU declaration, including emails with K. Hudson, L. Harrison, and B. Henthorne re same. |
| 02/10/2025 | DAVID C. LAYDEN | Partner | 0.10 | 171.00 | Reviewed correspondence re declaration and reviewed declaration. |
| 02/10/2025 | DAVID C. LAYDEN | Partner | 0.10 | 171.00 | Reviewed B. Henthorne email re status of declarations. |
| 02/10/2025 | DAVID C. LAYDEN | Partner | 0.10 | 171.00 | Email correspondence re school declaration. |
| 02/10/2025 | H. KELLY LEW | Clerk | 4.70 | 4,371.00 | Added citations to Declarations in TRO. |
| 02/10/2025 | H. KELLY LEW | Clerk | 1.00 | 930.00 | Drafted description inserts for plaintiffs for complaint. |
| 02/10/2025 | ISHAN K. BHABHA | Partner | 9.30 | 17,205.00 | Collection of declarations; extensive discussions w/ clients; filing of TRO and complaint. |
| 02/10/2025 | LINDSAY C. HARRISON | Partner | 11.90 | 25,347.00 | Worked on and oversaw preparation of complaint, TRO motion and memorandum, and strategy to finalize and file (5.5); call with AAU, ACE, and APLU (.5); reviewed and revised press release (.3); calls with universities re their declarations (.7); work on declarations (2.7); reviewed filings from States and AAMC (1.2); emails with DOJ re service (.2); reviewed info re Judge Kelley and handled potential conflict issue (.8). |
| 02/10/2025 | ALLISON N. DOUGLIS | Associate | 6.70 | 9,882.50 | Implemented further revisions to complaint, implemented citecheck edits, coordinated and reviewed inserts for additional plaintiff allegations, and maintained plaintiff tracker. |
| 02/10/2025 | SANDRA M. GENTILE | Administrator | 16.80 | 11,592.00 | Continue to edit ancillary pleadings and related affidavits in support of motion for TRO and edit memorandum in support thereof. |
| 02/10/2025 | ZACHARY C. SCHAUF | Partner | 9.50 | 15,960.00 | Edited TRO papers and coordinated filing; calls with internal team re same. |
| 02/10/2025 | MARY E. MARSHALL | Associate | 2.20 | 2,992.00 | Revised draft of TRO to include support from AAU member declarations. |
| 02/10/2025 | MARY E. MARSHALL | Associate | 0.20 | 272.00 | Drafted portions of complaint. |
| 02/10/2025 | ADAM G. UNIKOWSKY | Partner | 3.00 | 5,265.00 | Reviewed, revised, and finalized complaint. |
| 02/10/2025 | ELIZABETH L. HENTHORNE | Partner | 13.50 | 21,870.00 | Management of and correspondence re NIH litigation; reviewed declarations; supervised finalization of all papers and filing re same. |
| 02/10/2025 | KATHRYN L. WYNBRANDT | Partner | 8.50 | 13,472.50 | Prepared NIH litigation materials for filing, including review of materials, coordination with clients, and internal strategy and coordination. |
| 02/10/2025 | MARY E. MARSHALL | Associate | 1.80 | 2,448.00 | Revised AAU member declarations in support of TRO and conferred with Jenner team re same. |
| 02/10/2025 | MARY F. PATSTON | Paralegal | 7.50 | 4,387.50 | Reviewed and edited memo in support of emergency motion for temporary restraining order; checked legal citations and complaint cites for accuracy; conferred with C. Olson; input edits and circulated to team; reviewed motion for temporary restraining order, input edits and circulated; conferred with T. Lockhead re motions. |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2025 | STEVEN R. ENGLUND | Partner | 2.80 | 4,676.00 | Revised AAU member declarations; exchanged emails with AAU members re questions concerning case; exchanged emails with Jenner team re complaint, redactions. |
| 02/10/2025 | MAURA E. SMYLES | Associate | 1.80 | 2,115.00 | Added supporting declaration citations to TRO. |
| 02/10/2025 | MAURA E. SMYLES | Associate | 1.50 | 1,762.50 | Reviewed and analyzed States' complaint challenging NIH indirect rate change and summarized same. |
| 02/10/2025 | JULIANNA ST. ONGE | Associate | 5.50 | 6,462.50 | Drafted complaint. |
| 02/10/2025 | MAURA E. SMYLES | Associate | 1.50 | 1,762.50 | Reviewed and analyzed States' memorandum in support of TRO and summarized same for team. |
| 02/11/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Correspondence with L. Harrison, et al re AAMC litigation. |
| 02/11/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Correspondence with S. Gentile, et al re filing of TRO materials. |
| 02/11/2025 | MICHELLE A. LI | Associate | 1.50 | 2,040.00 | Revised corporate disclosure statements for all plaintiffs; correspondence with S. Gentile, L. Hartz, et al. re same; coordinated filings for same. |
| 02/11/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Reviewed/revised pro hac vice motions. |
| 02/11/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Correspondence with B. Henthorne, S. Gentile re declarations for preliminary injunction. |
| 02/11/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Revised litigation hold; correspondence with C. Lindwarm and L. Harrison re same. |
| 02/11/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed revised temporary restraining order brief for filing and conferred with internal team re same. |
| 02/11/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed corporate disclosure statements for filing and conferred with internal team re same. |
| 02/11/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed AAMC filings and conferred with internal team re same. |
| 02/11/2025 | LAUREN J. HARTZ | Partner | 0.50 | 805.00 | Addressed impact of court orders; reviewed and approved pro hac vice materials and appearance forms. |
| 02/11/2025 | LINDSAY C. HARRISON | Partner | 3.70 | 7,881.00 | Reviewed TRO brief and oversaw filing (.8); reviewed TRO issued in AAMC to assess scope and corresponded re same (.7); corresponded with clients re developments, corporate disclosure statements (.6); correspondence re media issues (.3); calls with I. Bhabha re strategy and orders (.5); reviewed order denying TRO as moot and discussed same with team (.5); call with I. Bhabha re same (.4); reviewed standing order (.2); reviewed status report filed in States docket (.2); served DOJ (.1); reviewed and discussed order to show cause re related cases and directed preparation of response (.3). |
| 02/11/2025 | SANDRA M. GENTILE | Administrator | 9.70 | 6,693.00 | Continue to edit and address pro hac vice, corporate disclosure statement and appearance matters. |
| 02/11/2025 | SANDRA M. GENTILE | Administrator | 3.40 | 2,346.00 | Draft declaration tracker and integrate key information related to TRO filing into related workflows. |
| 02/11/2025 | SANDRA M. GENTILE | Administrator | 1.70 | 1,173.00 | Address related case pleading matters and integrate same into team workflows. |
| 02/11/2025 | SANDRA M. GENTILE | Administrator | 0.20 | 138.00 | Addressed memorandum in support of TRO submission matters. |
| 02/11/2025 | ZACHARY C. SCHAUF | Partner | 1.00 | 1,680.00 | AAU: Edited TRO brief for filing. |
| 02/11/2025 | ADAM G. UNIKOWSKY | Partner | 1.30 | 2,281.50 | Corresponded with state of Connecticut re cutoff of NIH funds; reviewed and corresponded re court order. |
| 02/11/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with team and clients re filing and scope of TROs. |
| 02/11/2025 | ELIZABETH L. HENTHORNE | Partner | 2.80 | 4,536.00 | Conferred with team and clients re filing and scope of TROs. |
| 02/11/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Collaborated with K. Wynbrandt and B. Henthorne about client correspondence regarding case updates. |
| 02/11/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Circulated orders to show cause and denial of motion for TRO as moot and corresponded with team re same. |
| 02/12/2025 | MICHELLE A. LI | Associate | 1.00 | 1,360.00 | Revised declaration in support of preliminary injunction. |
| 02/12/2025 | MICHELLE A. LI | Associate | 4.00 | 5,440.00 | Drafted/revised motion to reconsider denial of TRO as moot; correspondence with B. Henthorne re same. |
| 02/12/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Correspondence/conference with D. Layden and client association re scope of litigation hold. |
| 02/12/2025 | HILARY R. LEDWELL | Associate | 0.80 | 1,224.00 | Drafted and edited motion to reconsider re relatedness and conferred with internal team re same. |
| 02/12/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Conferred with internal team re response to denial of temporary restraining order as moot in grant litigation. |
| 02/12/2025 | HILARY R. LEDWELL | Associate | 0.80 | 1,224.00 | Participated on call with B. Henthorne re work planning. |
| 02/12/2025 | DAVID C. LAYDEN | Partner | 0.60 | 1,026.00 | Conferred with M. Li re document preservation questions for client association and revised draft email re same. |

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2025 | LINDSAY C. HARRISON | Partner | 4.60 | 9,798.00 | Worked on response to order to show cause and related correspondence (1.0); correspondence re AAU member's average indirect cost rate (.2); coordination with Clement Murphy on response to order to show cause (.3); sent media inquiries to relevant universities or AAU (.2); reviewed internal NIH memo re TROs and discussed implications (.4); corresponded with clients re response to order to show cause and TRO compliance (.3); corresponded with DOJ re brief (.2); reviewed DOJ opposition brief (2.0). |
| 02/12/2025 | SANDRA M. GENTILE | Administrator | 4.40 | 3,036.00 | Review and edit rule to show cause response and additional pro hac vice motions and appearances. |
| 02/12/2025 | ZACHARY C. SCHAUF | Partner | 2.30 | 3,864.00 | Edited response to order to show cause; coordinated case planning with B. Henthorne & A. Unikowsky. |
| 02/12/2025 | CHERYL L. OLSON | Paralegal | 1.80 | 1,242.00 | Cited checked response to order to show cause. |
| 02/12/2025 | ELIZABETH L. HENTHORNE | Partner | 2.00 | 3,240.00 | Reviewed and edited response to order to show cause. |
| 02/12/2025 | ELIZABETH L. HENTHORNE | Partner | 2.50 | 4,050.00 | Corresponded re OTSC and motion to reconsider. |
| 02/12/2025 | MAURA E. SMYLES | Associate | 0.80 | 940.00 | Revised draft motion to reconsider denial of TRO as moot. |
| 02/12/2025 | MAURA E. SMYLES | Associate | 3.30 | 3,877.50 | Coordinated finalizing and filing of response to order to show cause regarding case relatedness. |
| 02/12/2025 | MAURA E. SMYLES | Associate | 2.00 | 2,350.00 | Revised draft response to order to show cause, including by identifying overlap between higher education institutions mentioned in States' complaint and membership in AAU, APLU, and ACE. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Correspondence with B. Henthorne, L. Harrison, et al re declarations for PI. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Conference with S. Gentile re filings and declaration tracking. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with B. Henthorne re declaration strategy. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Conference with B. Henthorne, H. Ledwell re next steps in litigation. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Revised tracker of preliminary injunction declarations; correspondence with B. Henthorne re same. |
| 02/13/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Conference with A. Unikowsky, Z. Schauf, B. Henthorne, et al re reply brief strategy. |
| 02/13/2025 | MICHELLE A. LI | Associate | 3.50 | 4,760.00 | Reviewed/analyzed declarations from TRO briefing for TRO hearing and preliminary injunction briefing. |
| 02/13/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated in meeting with M. Li and B. Henthorne re work planning for litigation. |
| 02/13/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with internal team re reply brief. |
| 02/13/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated in meeting with B. Henthorne re drafting reply brief. |
| 02/13/2025 | H. KELLY LEW | Clerk | 0.50 | 465.00 | Participated in meeting to strategize reply to Government's opposition to TRO. |
| 02/13/2025 | LINDSAY C. HARRISON | Partner | 1.70 | 3,621.00 | Reviewed AAU letter and sent revisions to K. Hudson (.2); reviewed AAMC response to order to show cause (.1); provided declarant list to K. Hudson (.1); reviewed order relating cases (.1); reviewed supplemental declarations (.6); corresponded with P. Clement re reply (.1); corresponded with additional university declarants (.3); emailed clients re updates in case (.2). |
| 02/13/2025 | ZACHARY C. SCHAUF | Partner | 0.50 | 840.00 | Participated in call re reply planning. |
| 02/13/2025 | ADAM G. UNIKOWSKY | Partner | 1.50 | 2,632.50 | Reviewed filing re related case designation; prepared for and participated in internal meeting re reply brief planning. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Met with H. Ledwell and M. Li re reply brief planning. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with M. Smyles re reply brief. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with T. Lockhead re reply brief. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with J. St Onge re declarations work. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with H. Ledwell re ongoing workstreams. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Met with J&B team to plan for reply brief |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with L. Harrison re reply brief. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with M. Li re declarations. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Correspondence re declarations. |
| 02/13/2025 | ELIZABETH L. HENTHORNE | Partner | 0.80 | 1,296.00 | Corresponded re filings and reply brief planning. |
| 02/13/2025 | MAURA E. SMYLES | Associate | 2.00 | 2,350.00 | Analyzed regulatory scheme governing indirect cost recovery for NIH grants. |
| 02/13/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Reviewed and analyzed OTSC response in related case. |
| 02/13/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Met with internal team to strategize re reply brief. |
| 02/13/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Met with B. Henthorne re drafting plan for reply in support of motion for TRO. |
| 02/13/2025 | JULIANNA ST. ONGE | Associate | 0.30 | 352.50 | Discussed TRO reply brief with Jenner team. |
| 02/14/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with H. Ledwell, T. Lockhead, M. Smyles re reply brief planning; correspondence re same. |
| 02/14/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Conference with B. Henthorne and university re declaration for preliminary injunction. |
| 02/14/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Correspondence with B. Henthorne re follow-up information for declaration. |

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2025 | MICHELLE A. LI | Associate | 3.30 | 4,488.00 | Reviewed/analyzed declarations from TRO briefing for TRO hearing and preliminary injunction briefing. |
| 02/14/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Strategized with internal team re reply brief. |
| 02/14/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed analysis of regulatory provisions relevant to grants litigation. |
| 02/14/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with B. Henthorne re drafting reply brief in grants litigation. |
| 02/14/2025 | CHERYL J. KRAS | Paralegal | 0.70 | 483.00 | Email correspondence with docket services and team re ECF registration and filing of appearance. |
| 02/14/2025 | LINDSAY C. HARRISON | Partner | 1.70 | 3,621.00 | Correspondence with government re opposition brief (.2); discussed planning re reply brief with team (.4); calls re declarations to supplement record (.3); reviewed government response brief (.5); corresponded with counsel for other plaintiffs (.3). |
| 02/14/2025 | SANDRA M. GENTILE | Administrator | 0.20 | 138.00 | Edited Z. Schauf and E. Henthorne appearances in preparation for filing. |
| 02/14/2025 | ELIZABETH L. HENTHORNE | Partner | 0.80 | 1,296.00 | Reviewed TRO opposition brief. |
| 02/14/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Met with declarant school and M. Li re declaration. |
| 02/14/2025 | ELIZABETH L. HENTHORNE | Partner | 1.00 | 1,620.00 | Corresponded re filings. |
| 02/14/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Corresponded re ongoing workstreams. |
| 02/14/2025 | ELIZABETH L. HENTHORNE | Partner | 1.30 | 2,106.00 | Reviewed and edited TRO motion. |
| 02/14/2025 | MATTHEW L. HAWS | Partner | 7.00 | 11,340.00 | Reviewed and analyzed pleadings; assessed and developed arguments re indirect costs and costs accounting issues. |
| 02/14/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Reviewed and analyzed proposed amicus brief on States' docket and summarized same for internal team. |
| 02/14/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Met with H. Ledwell, M. Li, and T. Lockhead to strategize about drafting reply brief in support of motion for TRO. |
| 02/14/2025 | MAURA E. SMYLES | Associate | 6.80 | 7,990.00 | Analyzed regulatory scheme governing indirect cost recovery for NIH grants and summarized same in internal "cheat sheet" to utilize in drafting reply in support of TRO. |
| 02/14/2025 | JULIANNA ST. ONGE | Associate | 0.50 | 587.50 | Reviewed internal correspondence about reply to TRO. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.80 | 1,088.00 | Conference with A. Unikowsky, Z. Schauf, et al re reply brief strategy and outline (0.5); follow-up conference re same (0.3). |
| 02/15/2025 | MICHELLE A. LI | Associate | 1.50 | 2,040.00 | Reviewed/analyzed Government's opposition brief to TRO. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with B. Henthorne re supplemental declarations. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with T. Lockhead re statutory argument for reply brief. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with B. Henthorne re declaration and reply brief strategy. |
| 02/15/2025 | MICHELLE A. LI | Associate | 5.80 | 7,888.00 | Drafted reply brief. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Conference with H. Ledwell, T. Lockhead et al re reply brief drafting. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Revised motion for consolidated reply brief. |
| 02/15/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Reviewed/analyzed supplemental declarations for incorporation into reply brief. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Participated on call with internal team re drafting reply brief. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with B. Henthorne re reply brief planning. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.80 | 1,224.00 | Participated on common interest call re reply brief. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Executed follow up related to common interest call. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with B. Henthorne re drafting reply brief. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Participated on call with J. St. Onge, M. Li, and T. Lockhead re drafting reply brief in grants litigation. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 3.00 | 4,590.00 | Drafted reply brief in grants litigation and conferred with internal team re same. |
| 02/15/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Reviewed opposition brief in litigation and conferred with internal team re drafting reply. |
| 02/15/2025 | CHERYL J. KRAS | Paralegal | 4.80 | 3,312.00 | Reviewed opening and response briefs re motion for TRO re collection of authorities cited; conducted Westlaw, Lexis and internet research re same; created ebinder for team review. |
| 02/15/2025 | ISHAN K. BHABHA | Partner | 4.30 | 7,955.00 | Review government brief and discussion w/ team re outline of reply. |
| 02/15/2025 | LINDSAY C. HARRISON | Partner | 6.70 | 14,271.00 | Analyzed government opposition (1.5); met with Jenner team to discuss brief (.5); met with co-counsel team to discuss plan on coordination (1.0); corresponded with Jenner team re brief coordination editing and drafting and to discuss substantive arguments (1.5); corresponded with P. Clement re coordination and briefing (.2); reviewed and revised draft (2.0). |
| 02/15/2025 | H. KELLY LEW | Clerk | 0.50 | 465.00 | Participated in meeting to strategize reply to opposition to TRO. |

| | | | | | |
|---|---|---|---|---|---|
| 02/15/2025 | ZACHARY C. SCHAUF | Partner | 2.80 | 4,704.00 | Edited reply draft and call re same. |
| 02/15/2025 | ADAM G. UNIKOWSKY | Partner | 6.50 | 11,407.50 | Participated in internal meetings re reply brief in support of motion for TRO; reviewed reply brief; drafted portion of reply brief. |
| 02/15/2025 | ELIZABETH L. HENTHORNE | Partner | 6.00 | 9,720.00 | Met with J&B team re reply brief (.75); me with other plaintiffs' counsel re reply brief (.75); conferred with H. Ledwell re reply brief (.50); correspondence re reply brief (1.75); correspondence re declarations (.50); conferred with M. Li re declarations and reply brief (.25); conferred with M. Smyles re motion for leave to file combined brief (.25); reviewed and edited motion for leave to file combined brief (.25); correspondence re motion to file combined brief (.50); conferred with L. Harrison re filing a combined brief (.25); reviewed draft reply brief (.25). |
| 02/15/2025 | MATTHEW L. HAWS | Partner | 1.00 | 1,620.00 | Assessed Tucker Act issues. |
| 02/15/2025 | JULIANNA ST. ONGE | Associate | 4.50 | 5,287.50 | Researched and drafted reply to motion for temporary restraining order. |
| 02/15/2025 | MAURA E. SMYLES | Associate | 1.80 | 2,115.00 | Researched response to government's arguments re statutory interpretation. |
| 02/15/2025 | MAURA E. SMYLES | Associate | 1.50 | 1,762.50 | Drafted motion for consolidated briefing. |
| 02/15/2025 | MAURA E. SMYLES | Associate | 0.80 | 940.00 | Reviewed and analyzed government's opposition to TRO. |
| 02/15/2025 | JULIANNA ST. ONGE | Associate | 0.50 | 587.50 | Discussed drafting reply to TRO with Jenner team. |
| 02/15/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Met with internal team to strategize re reply in support of TRO. |
| 02/15/2025 | MAURA E. SMYLES | Associate | 1.00 | 1,175.00 | Drafted argument re waiver for reply brief. |
| 02/16/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with B. Henthorne re supplemental declarations. |
| 02/16/2025 | MICHELLE A. LI | Associate | 2.90 | 3,944.00 | Reviewed/analyzed case law for reply brief revisions. |
| 02/16/2025 | MICHELLE A. LI | Associate | 2.70 | 3,672.00 | Revised reply brief; correspondence with B. Henthorne et al re same. |
| 02/16/2025 | HILARY R. LEDWELL | Associate | 3.30 | 5,049.00 | Edited reply brief in grants litigation and conferred with internal team re same. |
| 02/16/2025 | LAUREN J. HARTZ | Partner | 0.20 | 322.00 | Addressed declarations and briefing. |
| 02/16/2025 | ISHAN K. BHABHA | Partner | 1.30 | 2,405.00 | Review reply briefs progress. |
| 02/16/2025 | LINDSAY C. HARRISON | Partner | 6.70 | 14,271.00 | Reviewed and revised drafts and reviewed edits from P. Clement, others at Jenner and related correspondence (5.0); corresponded with co-counsel group re drafts (.2); reviewed sections drafted by co-counsel group (1.5). |
| 02/16/2025 | ZACHARY C. SCHAUF | Partner | 6.30 | 10,584.00 | Edited TRO reply and coordinated same. |
| 02/16/2025 | ADAM G. UNIKOWSKY | Partner | 2.00 | 3,510.00 | Reviewed and revised reply brief in support of motion for TRO. |
| 02/16/2025 | ELIZABETH L. HENTHORNE | Partner | 7.50 | 12,150.00 | Reviewed and edited draft reply brief (5.7); legal research re reply brief (.3); correspondence re draft reply brief (1.2); conferred with H. Ledwell re reply brief (.3). |
| 02/16/2025 | MATTHEW L. HAWS | Partner | 5.30 | 8,586.00 | Reviewed and analyzed government opposition; assessed and developed arguments re indirect costs and cost accounting issues; drafted guidance re same. |
| 02/16/2025 | JULIANNA ST. ONGE | Associate | 0.50 | 587.50 | Reviewed correspondence about upcoming filing deadline. |
| 02/16/2025 | MAURA E. SMYLES | Associate | 1.30 | 1,527.50 | Conducted spot research for reply in support of TRO. |
| 02/16/2025 | MAURA E. SMYLES | Associate | 1.30 | 1,527.50 | Analyzed government's argument re regulatory interpretation. |
| 02/17/2025 | H. KELLY LEW | Clerk | 0.20 | 186.00 | Verified Declarations for reply to opposition to TRO. |
| 02/17/2025 | CHERYL L. OLSON | Paralegal | 4.90 | 3,381.00 | Cite checked reply in support of motion for temporary restraining order. |
| 02/17/2025 | HILARY R. LEDWELL | Associate | 3.10 | 4,743.00 | Edited reply brief and conferred with internal team re same. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.60 | 816.00 | Revised motion for consolidated reply brief. |
| 02/17/2025 | MICHELLE A. LI | Associate | 2.80 | 3,808.00 | Drafted/revised appendix of declarations for reply brief. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Conference with M. Smyles re reply brief revisions. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Correspondence with B. Henthorne, H. Ledwell, et al re reply brief appendix, motion, and brief revisions. |
| 02/17/2025 | MICHELLE A. LI | Associate | 1.00 | 1,360.00 | Conferences with B. Henthorne, H. Ledwell re reply brief revisions. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.70 | 952.00 | Reviewed/revised supplemental declarations for reply brief. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Correspondence with Jenner team, B. Henthorne re court's standing order on citations. |
| 02/17/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with E. Yan re filing motion for consolidated reply. |
| 02/17/2025 | MICHELLE A. LI | Associate | 1.70 | 2,312.00 | Reviewed/analyzed case law for reply brief. |
| 02/17/2025 | MICHELLE A. LI | Associate | 5.40 | 7,344.00 | Revised reply brief. |
| 02/17/2025 | LINDSAY C. HARRISON | Partner | 4.40 | 9,372.00 | Worked on reply brief and reviewed edits from clients, co-counsel, and co-clients (2.5); call with DOJ re page limit (.4); correspondence with co-counsel re page limit (.3); correspondence with Jenner team re reply brief edits, motion to extend page limit (1.2). |

| | | | | | |
|---|---|---|---|---|---|
| 02/17/2025 | ADAM G. UNIKOWSKY | Partner | 6.50 | 11,407.50 | Reviewed and edited reply brief; corresponded re same; prepared for oral argument. |
| 02/17/2025 | ZACHARY C. SCHAUF | Partner | 1.00 | 1,680.00 | Edited draft reply. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Reviewed draft declarations. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Correspondence re declarations. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with M. Li re reply brief. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Conferred with M. Li and H. Ledwell re reply brief. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with L. Harrison re reply brief. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 1.00 | 1,620.00 | Reviewed reply brief revisions and conferred with H. Ledwell re same. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 3.00 | 4,860.00 | Correspondence re reply brief. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 4.80 | 7,776.00 | Reviewed and edited reply brief. |
| 02/17/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with AAU member re declaration. |
| 02/17/2025 | MATTHEW L. HAWS | Partner | 1.50 | 2,430.00 | Reviewed and analyzed draft response to government opposition. |
| 02/17/2025 | JULIANNA ST. ONGE | Associate | 1.30 | 1,527.50 | Reviewed declarations in preparation for preliminary injunction drafting. |
| 02/17/2025 | MAURA E. SMYLES | Associate | 1.00 | 1,175.00 | Revised citations in draft reply in support of TRO for consistency with standing order. |
| 02/17/2025 | MAURA E. SMYLES | Associate | 0.80 | 940.00 | Drafted response to Defendants' regulatory argument. |
| 02/18/2025 | MARY F. PATSTON | Paralegal | 1.30 | 760.50 | Reviewed and finalized tables; edited same and forwarded to team; sent follow-up emails re additional edits. |
| 02/18/2025 | HILARY R. LEDWELL | Associate | 3.00 | 4,590.00 | Edited draft reply brief and conferred with internal team re same. |
| 02/18/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Reviewed argument proposal and associated correspondence. |
| 02/18/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Conferences with H. Ledwell re reply brief revisions. |
| 02/18/2025 | MICHELLE A. LI | Associate | 1.00 | 1,360.00 | Conferences with B. Henthorne re reply brief revisions. |
| 02/18/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Correspondence with B. Henthorne re reply brief revisions and supplemental declarations. |
| 02/18/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with AAU member re declaration and filings. |
| 02/18/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with J. Xi and E. Yan re filing. |
| 02/18/2025 | MICHELLE A. LI | Associate | 5.70 | 7,752.00 | Revised reply brief. |
| 02/18/2025 | LINDSAY C. HARRISON | Partner | 4.10 | 8,733.00 | Reviewed order on page enlargement motion (.1); worked on draft reply brief and reviewed edits from co-counsel and discussed with J&B team (3.5); call re reply brief (.5). |
| 02/18/2025 | ADAM G. UNIKOWSKY | Partner | 4.50 | 7,897.50 | Reviewed and finalized reply brief; corresponded re same; prepared for hearing. |
| 02/18/2025 | ZACHARY C. SCHAUF | Partner | 1.30 | 2,184.00 | Reviewed brief for finalization. |
| 02/18/2025 | ELIZABETH L. HENTHORNE | Partner | 2.50 | 4,050.00 | Reviewed and edited reply brief. |
| 02/18/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Call with AAU member re litigation and next steps. |
| 02/18/2025 | ELIZABETH L. HENTHORNE | Partner | 0.80 | 1,296.00 | Supervised brief filing. |
| 02/18/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Conferred with M. Li re reply brief. |
| 02/18/2025 | ELIZABETH L. HENTHORNE | Partner | 3.00 | 4,860.00 | Correspondence re reply brief. |
| 02/18/2025 | MAURA E. SMYLES | Associate | 1.80 | 2,115.00 | Drafted summary of reply brief and next steps in litigation for clients and declarants. |
| 02/18/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Reviewed and analyzed proposed amicus brief by MassBio and summarized same for internal team. |
| 02/18/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Researched authority for citing declarations on related case dockets. |
| 02/19/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Correspondence with B. Henthorne re declarant contacts. |
| 02/19/2025 | MICHELLE A. LI | Associate | 1.70 | 2,312.00 | Reviewed/analyzed proposed amicus brief from Public Rights Project in support of Plaintiffs; correspondence with B. Henthorne re same. |
| 02/19/2025 | ADAM G. UNIKOWSKY | Partner | 4.00 | 7,020.00 | Prepared for oral argument; corresponded re same. |
| 02/19/2025 | LINDSAY C. HARRISON | Partner | 1.90 | 4,047.00 | Corresponded with J. Miller re amicus brief (.2); corresponded with clients re reply brief (.2); began analyzing legality of cancellation of all grant meetings and refusal to publish in Fed Reg (1.5). |
| 02/19/2025 | ELIZABETH L. HENTHORNE | Partner | 2.00 | 3,240.00 | Correspondence with clients, AAU members, and J&B team re litigation status and ongoing workstreams. |
| 02/19/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with L. Harrison re hearing. |
| 02/19/2025 | MAURA E. SMYLES | Associate | 2.50 | 2,937.50 | Prepared summaries of briefs for oral argument. |
| 02/20/2025 | H. KELLY LEW | Clerk | 1.90 | 1,767.00 | Reviewed record and Declarations for research related to oral argument preparation. |
| 02/20/2025 | HILARY R. LEDWELL | Associate | 0.20 | 306.00 | Reviewed amicus briefs. |
| 02/20/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Attended to correspondence with internal team re record and legal research in preparation for TRO hearing. |
| 02/20/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Correspondence with B. Henthorne, K. Lew re oral argument prep. |
| 02/20/2025 | ADAM G. UNIKOWSKY | Partner | 6.50 | 11,407.50 | Participated in strategy meeting with co-plaintiffs re oral argument; reviewed materials in preparation for oral argument; transit to Boston for oral argument. |

| | | | | | |
|---|---|---|---|---|---|
| 02/20/2025 | LINDSAY C. HARRISON | Partner | 2.20 | 4,686.00 | Call with co-counsel to prepare for hearing (1.0); correspondence with co-counsel re preparation for hearing (.5); continued to analyze refusal to publish in Fed Reg issue (.7). |
| 02/20/2025 | ISHAN K. BHABHA | Partner | 2.00 | 3,700.00 | Prepared for upcoming hearing with team; transit to Boston. |
| 02/20/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Correspondence with J&B team re hearing preparation. |
| 02/20/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Met with J&B, Ropes & Gray, and Mass AG teams re oral argument. |
| 02/20/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Reviewed and circulated amicus brief by cities, counties, and mayors. |
| 02/20/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Corresponded with K. Lew re answering record questions in preparation for TRO hearing. |
| 02/21/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with H. Ledwell, S. Gentile re answers to client questions post-hearing. |
| 02/21/2025 | ADAM G. UNIKOWSKY | Partner | 6.50 | 11,407.50 | Participated in oral argument; transit from Boston. |
| 02/21/2025 | ISHAN K. BHABHA | Partner | 5.30 | 9,805.00 | Prepared for and attended hearing re AAU v. HHS in Boston; transit from Boston. |
| 02/21/2025 | ELIZABETH L. HENTHORNE | Partner | 1.50 | 2,430.00 | Correspondence with clients re hearing. |
| 02/21/2025 | ELIZABETH L. HENTHORNE | Partner | 2.00 | 3,240.00 | Attended hearing before Judge Kelley. |
| 02/21/2025 | MAURA E. SMYLES | Associate | 2.00 | 2,350.00 | Drafted summary of TRO hearing for circulation to clients. |
| 02/21/2025 | MAURA E. SMYLES | Associate | 2.00 | 2,350.00 | Attended TRO hearing remotely and took notes on same. |
| 02/24/2025 | ZACHARY C. SCHAUF | Partner | 0.70 | 1,176.00 | Review memo re litigation options and commented on same. |
| 02/24/2025 | LINDSAY C. HARRISON | Partner | 0.50 | 1,065.00 | Examined argument re potential breach of TRO and emailed AAU member school re same. |
| 02/24/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence with clients and J&B team re NIH inaction and relation to TRO. |
| 02/25/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re NIH inaction and relation to TRO. |
| 02/25/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Reviewed, summarized, and circulated government's second status report on States' docket. |
| 02/26/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Reviewed status report. |
| 02/26/2025 | HILARY R. LEDWELL | Associate | 0.30 | 459.00 | Reviewed transcript. |
| 02/26/2025 | MAURA E. SMYLES | Associate | 0.80 | 940.00 | Reviewed, analyzed, and internally circulated status reports and drafted corresponding email to clients providing status reports and update on TRO hearing transcript. |
| 02/27/2025 | ELIZABETH L. HENTHORNE | Partner | 0.80 | 1,296.00 | Client call re NIH inaction; reviewed client data analysis.; privilege research. |
| 02/27/2025 | ISHAN K. BHABHA | Partner | 0.50 | 925.00 | Partook in client call. |
| 02/27/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Corresponded with S. Mielke Gentile re summons/service of process. |
| 02/28/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Reviewed policy statement re grantmaking exception and associated correspondence. |
| 02/28/2025 | ADAM G. UNIKOWSKY | Partner | 1.90 | 3,334.50 | Analyzed potential legal objections to HHS actions; participated in common interest meetingre same. |
| 02/28/2025 | ELIZABETH L. HENTHORNE | Partner | 0.70 | 1,134.00 | Correspondence re HHS actions; call with common interest counsel re HHS actions and related issues. |
| 03/01/2025 | MAURA E. SMYLES | Associate | 0.30 | 352.50 | Corresponded with S. Mielke Gentile re summons/service of process. |
| 03/05/2025 | HILARY R. LEDWELL | Associate | 0.50 | 765.00 | Reviewed preliminary injunction order. |
| 03/05/2025 | LAUREN J. HARTZ | Partner | 0.40 | 644.00 | Addressed court decision. |
| 03/05/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Correspondence re PI order; reviewed PI order. |
| 03/05/2025 | CHERYL J. KRAS | Paralegal | 3.20 | 2,208.00 | Reviewed matter archives and electronic docket re status of service of process on defendants; email correspondence with docket services re applicable rules for service on defendants and U.S. Government; prepared complaint and supporting documents for service. |
| 03/05/2025 | ADAM G. UNIKOWSKY | Partner | 2.20 | 3,861.00 | Researched and drafted email memorandum re HHS actions; reviewed and analyzed preliminary injunction. |
| 03/05/2025 | LINDSAY C. HARRISON | Partner | 1.50 | 3,195.00 | Reviewed PI order and corresponded with clients and co-counsel re same. |
| 03/06/2025 | CHERYL J. KRAS | Paralegal | 4.20 | 2,898.00 | Drafted and updated summonses directed to U.S. Attorney General and District Attorney for District of Massachusetts; prepared summonses, complaint and supporting documents for service via certified mail; email correspondence with docket services re same; created service status chart; reviewed electronic docket; updated pleading archives. |
| 03/11/2025 | LINDSAY C. HARRISON | Partner | 0.30 | 639.00 | Emailed re grant terminations and strategy. |
| 03/12/2025 | LINDSAY C. HARRISON | Partner | 0.40 | 852.00 | Corresponded re termination of grants and strategy. |
| 03/13/2025 | LINDSAY C. HARRISON | Partner | 0.20 | 426.00 | Corresponded re release on impact of potential F&A rate change. |
| 03/14/2025 | LINDSAY C. HARRISON | Partner | 0.50 | 1,065.00 | Call with AAU re grant termination strategy. |
| 03/16/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Reviewed government correspondence. |
| 03/17/2025 | MICHELLE A. LI | Associate | 0.80 | 1,088.00 | Reviewed/analyzed case law re conversion to permanent injunction. |

| | | | | | |
|---|---|---|---|---|---|
| 03/17/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with B. Henthorne re conversion of preliminary to permanent injunction. |
| 03/17/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Conferred with internal team and other counsel re strategy. |
| 03/17/2025 | ELIZABETH L. HENTHORNE | Partner | 1.40 | 2,268.00 | Correspondence with clients and J&B team re government request to convert to permanent injunction. |
| 03/18/2025 | LINDSAY C. HARRISON | Partner | 0.80 | 1,704.00 | Prepared for and participated in meeting with AAU and plaintiff universities re DOJ overture and implications. |
| 03/18/2025 | ELIZABETH L. HENTHORNE | Partner | 0.70 | 1,134.00 | Correspondence re government requests; call with client re government requests. |
| 03/18/2025 | ISHAN K. BHABHA | Partner | 0.50 | 925.00 | Partook in call with client to discuss government requests. |
| 03/19/2025 | ELIZABETH L. HENTHORNE | Partner | 0.90 | 1,458.00 | Correspondence re government requests; conferred with plaintiffs in Commonwealth and AAMC cases re government requests. |
| 03/19/2025 | ISHAN K. BHABHA | Partner | 0.30 | 555.00 | Conferred with plaintiffs in Commonwealth and AAMC cases re government requests. |
| 03/20/2025 | ELIZABETH L. HENTHORNE | Partner | 0.60 | 972.00 | Meet and confer with government; correspondence re meet and confer. |
| 03/21/2025 | MAURA E. SMYLES | Associate | 2.10 | 2,467.50 | Legal research re possibility of fee recovery. |
| 03/25/2025 | MICHELLE A. LI | Associate | 0.90 | 1,224.00 | Revised joint motion and proposed order to convert preliminary injunction (0.8); correspondence with B. Henthorne re same (0.1). |
| 03/25/2025 | ELIZABETH L. HENTHORNE | Partner | 0.60 | 972.00 | Reviewed joint motion and correspondence re same. |
| 03/26/2025 | MICHELLE A. LI | Associate | 0.60 | 816.00 | Revised draft motions and proposed orders from State AGs (0.4); correspondence with B. Henthorne re same (0.2). |
| 03/26/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Correspondence re draft joint motion. |
| 03/27/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Reviewed edits to motion and correspondence re same. |
| 03/28/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Analyzed/revised drafts of joint motion and proposed order from States (0.4); correspondence with B. Henthorne re same (0.1). |
| 03/28/2025 | ELIZABETH L. HENTHORNE | Partner | 1.00 | 1,620.00 | Reviewed proposed draft briefs and correspondence re same. |
| 03/31/2025 | ELIZABETH L. HENTHORNE | Partner | 0.60 | 972.00 | Correspondence re government's draft motions. |
| 04/01/2025 | LINDSAY C. HARRISON | Partner | 0.30 | 639.00 | Call with B. Snyder re amicus brief and litigation. |
| 04/01/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Correspondence re government's draft motions. |
| 04/02/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Reviewed edits to government's proposed motions and correspondence re same. |
| 04/03/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Correspondence re motion to convert. |
| 04/04/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Correspondence re motion to convert to permanent injunction. |
| 04/04/2025 | ZACHARY C. SCHAUF | Partner | 1.30 | 2,184.00 | Discussed SCT order and possible legal theories to distinguish. |
| 04/06/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Correspondence re SCOTUS decision. |
| 04/07/2025 | MAURA E. SMYLES | Associate | 3.10 | 3,642.50 | Legal research re possible case trajectory and implications for clients. |
| 04/07/2025 | ADAM G. UNIKOWSKY | Partner | 0.40 | 702.00 | Conducted legal research and corresponded re strategic issues in post-injunction proceedings. |
| 04/07/2025 | ELIZABETH L. HENTHORNE | Partner | 1.50 | 2,430.00 | Correspondence re SCOTUS decision; reviewed proposed F&A announcement; reviewed legal research re post-injunction proceedings. |
| 04/08/2025 | MAURA E. SMYLES | Associate | 0.20 | 235.00 | Legal research re possible case trajectory and implications for clients. |
| 04/08/2025 | MAURA E. SMYLES | Associate | 0.70 | 822.50 | Researched next steps under FRAP and First Circuit local rules in light of government's filing of notice of appeal. |
| 04/08/2025 | ADAM G. UNIKOWSKY | Partner | 0.70 | 1,228.50 | Prepared for and participated in strategy meeting concerning NIH litigation. |
| 04/08/2025 | ZACHARY C. SCHAUF | Partner | 0.50 | 840.00 | Participated in conference call re Supreme Court decision. |
| 04/08/2025 | ELIZABETH L. HENTHORNE | Partner | 1.80 | 2,916.00 | Reviewed legal research re post-injunction questions; conferred with J&B and C&M teams re SCOTUS decision; correspondence re appeal. |
| 04/08/2025 | ISHAN K. BHABHA | Partner | 0.50 | 925.00 | Participated in a call to discuss SCOTUS decision. |
| 04/15/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re NIH briefing and argument schedule. |
| 04/22/2025 | ELIZABETH L. HENTHORNE | Partner | 0.70 | 1,134.00 | Correspondence re appeal. |
| 04/23/2025 | ELIZABETH L. HENTHORNE | Partner | 0.50 | 810.00 | Correspondence re appeal. |
| 04/23/2025 | LINDSAY C. HARRISON | Partner | 0.10 | 213.00 | Reviewed notice of appearance for filing in 1st Circuit. |
| 04/28/2025 | ELIZABETH L. HENTHORNE | Partner | 0.10 | 162.00 | Correspondence re amicus strategy. |
| 05/01/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Correspondence re appendix designations. |
| 05/07/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re appendix designations; reviewed appendix designations. |
| 05/08/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Conference with L. Harrison, B. Henthorne, Z. Schauf re amicus strategy for appeal. |
| 05/08/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Correspondence with B. Henthorne re amicus strategy and next steps. |

| | | | | | |
|---|---|---|---|---|---|
| 05/08/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Conferred with L. Harrison, Z. Schauf, and M. Li re amicus strategy appeal. |
| 05/08/2025 | LINDSAY C. HARRISON | Partner | 0.50 | 1,065.00 | Met to discuss amicus strategy. |
| 05/09/2025 | ELIZABETH L. HENTHORNE | Partner | 0.10 | 162.00 | Correspondence re appendix designations for appeal. |
| 05/09/2025 | ZACHARY C. SCHAUF | Partner | 2.80 | 4,704.00 | Planned amicus strategy; reviewed and analyzed govt brief. |
| 05/12/2025 | MAURA E. SMYLES | Associate | 1.70 | 1,997.50 | Reviewed, analyzed, and summarized the government's opening brief filed in First Circuit. |
| 05/12/2025 | LINDSAY C. HARRISON | Partner | 2.20 | 4,686.00 | Read DOJ appellate brief and emailed team re same (2.0); emails re amicus strategy (.2). |
| 05/13/2025 | ELIZABETH L. HENTHORNE | Partner | 1.00 | 1,620.00 | Reviewed govt's brief and corresponded re same. |
| 05/13/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Revised list of potential amicus briefs (0.2); correspondence with B. Henthorne, L. Harrison et al re same (0.1). |
| 05/14/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Conferred with counsel re ACOG amicus brief. |
| 05/16/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re amicus briefs. |
| 05/16/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Drafted outreach re amicus briefs. |
| 05/17/2025 | LINDSAY C. HARRISON | Partner | 0.30 | 639.00 | Corresponded re amicus brief strategy for First Circuit appeal. |
| 05/19/2025 | ELIZABETH L. HENTHORNE | Partner | 0.60 | 972.00 | Conferred with K. Dirks re appellate briefs; correspondence re amicus briefs. |
| 05/23/2025 | MICHELLE A. LI | Associate | 0.30 | 408.00 | Drafted outreach re amicus briefs. |
| 05/23/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Conference with B. Henthorne re amicus strategy. |
| 05/23/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Drafted outreach re amicus briefs. |
| 05/23/2025 | LINDSAY C. HARRISON | Partner | 0.20 | 426.00 | Outreach re potential amicus brief. |
| 05/23/2025 | ELIZABETH L. HENTHORNE | Partner | 1.00 | 1,620.00 | Correspondence re amicus briefs; conferred with outside counsel re possible amicus participation; conferred with M. Li re amicus briefs. |
| 05/23/2025 | MICHELLE A. LI | Associate | 1.80 | 2,448.00 | Researched/analyzed potential amici (1.5); correspondence with B. Henthorne, K. Lew, L. Harrison, et al re same (0.3). |
| 05/27/2025 | LINDSAY C. HARRISON | Partner | 1.50 | 3,195.00 | Began reviewing and revising first circuit brief. |
| 05/29/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with L. Harrison re amicus strategy. |
| 05/29/2025 | LINDSAY C. HARRISON | Partner | 0.40 | 852.00 | Emails re amicus briefs. |
| 05/30/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Conference with L. Harrison and potential amicus re amicus brief. |
| 05/30/2025 | LINDSAY C. HARRISON | Partner | 1.40 | 2,982.00 | Call with potential amici re amicus support (.4); finished reviewing and commenting on brief (1.0). |
| 06/02/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Reviewed draft appeal brief and correspondence re same. |
| 06/03/2025 | HILARY R. LEDWELL | Associate | 0.10 | 153.00 | Reviewed First Circuit brief. |
| 06/04/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Conferred with D. Zimmer re amicus brief. |
| 06/05/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Correspondence re grant terminations and effect on litigation. |
| 06/06/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re amicus strategy and filing deadline; conferred with M. Li re filing deadline. |
| 06/06/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Conference/correspondence with B. Henthorne re First Circuit rules and filing deadline. |
| 06/10/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Conference with B. Henthorne re updates in appeal. |
| 06/10/2025 | MICHELLE A. LI | Associate | 0.20 | 272.00 | Correspondence with B. Henthorne re States' filing. |
| 06/10/2025 | MAURA E. SMYLES | Associate | 0.50 | 587.50 | Summarized differences between States' response brief and that of AAU. |
| 06/10/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Conferred with M. Li re states' filing; correspondence re states' filing. |
| 06/11/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Correspondence re amicus briefs and states' filing. |
| 06/15/2025 | MICHELLE A. LI | Associate | 0.70 | 952.00 | Reviewed amicus brief (0.5); correspondence with B. Henthorne re same (0.2). |
| 06/15/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Reviewed proposed amicus briefs and correspondence re same. |
| 06/16/2025 | MICHELLE A. LI | Associate | 0.40 | 544.00 | Reviewed revised amicus brief (0.3); correspondence with B. Henthorne re same (0.1). |
| 06/16/2025 | MICHELLE A. LI | Associate | 1.80 | 2,448.00 | Drafted summaries of filed amicus briefs (1.7); correspondence with B. Henthorne re same (0.1). |
| 06/16/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Correspondence re amicus briefs. |
| 06/17/2025 | MICHELLE A. LI | Associate | 0.10 | 136.00 | Correspondence with B. Henthorne re amicus briefs. |
| 06/20/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Drafted summary of additional amicus brief (0.4); correspondence with B. Henthorne re same (0.1). |
| 07/02/2025 | MICHELLE A. LI | Associate | 1.50 | 2,040.00 | Drafted summary and analysis of government's reply brief. |
| 07/02/2025 | ELIZABETH L. HENTHORNE | Partner | 0.60 | 972.00 | Correspondence re govt reply brief and oral argument. |
| 08/21/2025 | ADAM G. UNIKOWSKY | Partner | 0.70 | 1,228.50 | Reviewed Supreme Court decision re potential impact on appeal; exchanged email correspondence re same. |
| 08/21/2025 | MICHELLE A. LI | Associate | 0.50 | 680.00 | Drafted analysis of implications and summary of next steps after Supreme Court decision. |
| 08/21/2025 | LINDSAY C. HARRISON | Partner | 0.70 | 1,491.00 | Conducted initial review of SCOTUS decisions and emails re same. |
| 08/22/2025 | LINDSAY C. HARRISON | Partner | 1.30 | 2,769.00 | Reviewed stay opinions from SCOTUS and analyzed impact on pending litigation for AAU, corresponded with team re same. |

| | | | | | |
|---|---|---|---|---|---|
| 08/26/2025 | ISHAN K. BHABHA | Partner | 0.50 | 925.00 | Conferred with team and client re rate cap cases. |
| 08/26/2025 | ZACHARY C. SCHAUF | Partner | 1.00 | 1,680.00 | Participated in strategy call with B. Snyder et al. |
| 08/28/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Corresponded re appeal. |
| 08/29/2025 | ELIZABETH L. HENTHORNE | Partner | 0.10 | 162.00 | Corresponded re oral argument preparation. |
| 09/11/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Corresponded re appeal. |
| 10/02/2025 | ELIZABETH L. HENTHORNE | Partner | 0.70 | 1,134.00 | Reviewed 28(j) letters in states' case and corresponded re same. |
| 10/27/2025 | ELIZABETH L. HENTHORNE | Partner | 0.20 | 324.00 | Corresponded re oral argument. |
| 10/28/2025 | ELIZABETH L. HENTHORNE | Partner | 0.10 | 162.00 | Corresponded re oral argument and moot. |
| 10/30/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Corresponded re argument and moot logistics. |
| 10/31/2025 | IAN H. GERSHENGORN | Partner | 1.00 | 2,560.00 | Reviewed briefs and decisions in preparation for moot court. |
| 10/31/2025 | ELIZABETH L. HENTHORNE | Partner | 0.30 | 486.00 | Corresponded re oral argument and moot. |
| 11/03/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Reviewed briefs in advance of moot and argument; corresponded re moot and argument logistics. |
| 11/03/2025 | IAN H. GERSHENGORN | Partner | 3.80 | 9,728.00 | Reviewed briefs and decisions in preparation for moot court (3.80). |
| 11/04/2025 | ZACHARY C. SCHAUF | Partner | 1.90 | 3,192.00 | Addressed questions from C&M team re oral argument prep. |
| 11/04/2025 | ELIZABETH L. HENTHORNE | Partner | 4.20 | 6,804.00 | Reviewed briefs and corresponded re moot questions and preparation; participated in moot discussion. |
| 11/04/2025 | IAN H. GERSHENGORN | Partner | 4.80 | 12,288.00 | Prepared for and participated in moot court for P. Clement for First Circuit argument (4.80). |
| 11/05/2025 | ZACHARY C. SCHAUF | Partner | 0.70 | 1,176.00 | Analyzed oral argument. |
| 11/05/2025 | ELIZABETH L. HENTHORNE | Partner | 2.60 | 4,212.00 | Corresponded re pre-argument questions; attended oral argument; reviewed and edited summary of oral argument. |
| 11/05/2025 | LINDSAY C. HARRISON | Partner | 1.00 | 2,130.00 | Attended oral argument in First Circuit. |
| 11/14/2025 | ELIZABETH L. HENTHORNE | Partner | 0.10 | 162.00 | Corresponded with AAU members re appeal timing. |
| 12/03/2025 | ELIZABETH L. HENTHORNE | Partner | 0.40 | 648.00 | Corresponded with AAU member re policy application. |
| 01/05/2026 | ELIZABETH L. HENTHORNE | Partner | 1.20 | 2,220.00 | Reviewed First Circuit decision and corresponded re same. |
| 01/05/2026 | LINDSAY C. HARRISON | Partner | 1.00 | 2,430.00 | Reviewed First Circuit opinion and discussed implications for this and other AAU litigation. |
| | | | **767.80** | **1,147,925.50** | |