# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-10346 |

**DECLARATION OF PAUL D. CLEMENT**

PAUL D. CLEMENT declares under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm Clement & Murphy, PLLC.

2. I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered in this case by Clement & Murphy personnel. I led the team of Clement & Murphy attorneys that litigated this challenge to the National Institutes of Health's ("NIH") policy imposing a 15% indirect cost rate for universities that receive NIH grant funding ("Rate Cap Policy" or the "Policy"). *See* NIH, NOT-OD-25-068, *Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates* (Feb. 7, 2025), https://perma.cc/SN75-VWY8. NIH issued its Rate Cap Policy late on Friday, February 7, 2025, announcing that effective February 10, 2025 (i.e., the next business day) NIH was imposing "a standard indirect [cost] rate of 15% across all NIH grants for indirect costs in lieu of a separately negotiated rate for indirect costs in every grant." *Id.*

3. AAU requests $166,804.50 in attorneys' fees for work done by Clement & Murphy personnel. AAU also requests costs in the amount of $856.37 in accordance with 28 U.S.C. §2412(a). AAU's total reimbursement request for Clement & Murphy's fees and costs is $167,660.87.

4. As detailed in the 37 declarations filed in support of Plaintiffs' Motions for a Temporary Restraining Order, the NIH Policy would have caused irreparable harm to Plaintiffs and their members. *See* TRO Mot., Exs. 1-31, *AAU v. DHHS*, 1:25-cv-10346 (D. Mass. Feb. 10, 2025) ECF Nos. 2-1–2-31; TRO Reply, Exs. 1-6 (D. Mass. Feb.18, 2025), ECF Nos. 81-1–81-6. Filing suit as quickly as possible, and before the Policy could be implemented against AAU's members, was critical to preventing such irreparable harm. Several attorneys listed in this fee petition worked over the weekend to file a complaint and a Motion for a Temporary Restraining Order the next business day after the NIH Policy was announced, February 10, 2025.

5. This herculean task would not have been possible had several attorneys on the team not dedicated considerable time in that intervening weekend developing substantial familiarity with this niche and complex statutory and regulatory scheme, experience which was honed as the litigation progressed and was utilized in both successfully defending this Court's decision against an appeal by NIH in the First Circuit and challenging materially identical Rate Cap Policies promulgated by other agencies.

6. In the course of litigating this suit and parallel suits involving challenges to materially identical policies promulgated by the Department of Energy ("DOE"), National Science Foundation ("NSF"), and Department of Defense ("DOD"), Mr. Xi and I developed distinctive knowledge and specialized skills regarding the statutory and regulatory frameworks governing indirect costs across federal agencies, as well as the factual and legal bases for challenging policies

limiting such costs that no other team of attorneys has developed. Those distinctive knowledge and specialized skills in this very specific area of both facts and law were essential to defending this Court's opinion—holding NIH's policy unlawful—on appeal in the First Circuit, both in drafting and filing a response brief and presenting oral argument.

7. Because the distinctive knowledge and specialized skills we developed on a compressed timeline were necessary to successfully litigate this suit through appeal, AAU is requesting an enhanced rate of $500 per hour—which is still well below the hourly rate charged to AAU in this matter—for the appellate work that another attorney and I performed in this litigation. These attorneys, who developed expertise and worked on the appeal in this case as well as the challenges to other agencies' policies, are:

a. **Paul D. Clement**. As noted, I am a partner at Clement & Murphy, PLLC. I graduated from Harvard Law School, J.D., *magna cum laude*, 1992, Darwin College, Cambridge, M. Phil, 1989, and Georgetown University, B.S., *summa cum laude*, 1988. After graduating from law school, I served as a law clerk to Associate Justice Antonin Scalia of the Supreme Court of the United States and to the Honorable Laurence H. Silberman of the United States Court of Appeals for the District of Columbia Circuit. I served as the 43rd Solicitor General of the United States from June 2005 until June 2008. Before my confirmation, I served as Acting Solicitor General for nearly a year and as Principal Deputy Solicitor General for over three years. I have received, among other awards, the Edmund Randolph Award, the U.S. Department of Justice's highest honor. Since 2008, I have worked in private practice as an appellate attorney. I have practiced law for nearly 30 years in federal District Courts, Courts of Appeals, and the Supreme

Court of the United States. I led the Clement & Murphy litigation team in challenging the NIH Rate Cap Policy at the center of this litigation in addition to the DOE, NSF, and DOD Policies that were promulgated after the NIH Policy but while this litigation was ongoing. My work in this matter included strategic development; drafting, editing, and reviewing the complaint, temporary-restraining-order filings, First Circuit response brief, and other papers; and oral argument preparation and presentation before the First Circuit. Clement & Murphy charged AAU for 81.00 hours of my work on this matter. AAU requests $33,665.74 for that work, applying the requested $500 hourly billing rate for work done in the appeal before the First Circuit and the requested $266.35 hourly billing rate for work done before this Court. *See* Atty's Fee Mot. at 12–14 (discussing requested rates).

b. **James Y. Xi.** James Xi is a partner at Clement & Murphy, PLLC. He graduated from Stanford Law School, J.D., in 2017, and Cornell University, B.S., in 2012. He then served as a law clerk to Associate Justice Brett M. Kavanaugh of the Supreme Court of the United States and to the Honorable Jeffrey S. Sutton of the United States Court of Appeals for the Sixth Circuit, as well as serving as an attorney in the United States Department of Justice, Civil Appellate Division. Since 2019, Mr. Xi has worked in private practice. Mr. Xi was instrumental in this litigation by helping with strategic development; drafting, editing, and reviewing the complaint, temporary-restraining-order filings, First Circuit response brief, and other papers; and aiding in oral argument preparation before the First Circuit. He also has been instrumental in the related matters involving

other agency policies challenged while the appeal of this case was ongoing, giving him particular expertise in this aspect of administrative law. Clement & Murphy charged AAU for 135.00 hours of Mr. Xi's work on this matter. AAU requests $59,030.19 for that work, applying the requested $500 hourly billing rate for work done in the appeal before the First Circuit and the requested $266.35 hourly billing rate for work done before this Court. *See* Atty's Fee Mot. at 12–14 (discussing requested rates).

8. In addition to the work that Mr. Xi and I performed in this matter, other Clement & Murphy attorneys and personnel contributed to this case. AAU requests fees for those personnel as follows:

a. **H. Bartow Farr**. Bartow Farr is a partner at Clement & Murphy, PLLC. Mr. Farr graduated from Sandra Day O'Connor College of Law at Arizona State University, J.D., *summa cum laude*, in 1973, and Princeton University, B.A., in 1966. He then served as a law clerk to Justice William H. Rehnquist of the Supreme Court of the United States, as well as serving as Assistant to the Solicitor General of the United States. Mr. Farr practiced at Onek, Klein & Farr and its successor firms, Klein, Farr, Smith & Taranto and Farr & Taranto from 1981 to 2013, before joining Bancroft PLLC, then Kirkland & Ellis, and Clement & Murphy. A veteran appellate practitioner, Mr. Farr has argued 32 cases before the Supreme Court. Mr. Farr provided strategic advising and moot court assistance for oral argument in the First Circuit. Clement & Murphy charged AAU for 28.75 hours of Mr. Farr's work on this matter. AAU requests $7,657.56 for that work, applying the requested $266.35 hourly billing rate. *See* Atty's Fee Mot. at 12

(discussing requested rate).

b. **Amy O. Nyberg.** Amy Nyberg is Of Counsel at Clement & Murphy, PLLC. Ms. Nyberg graduated from Georgetown University Law Center, J.D., *magna cum laude*, in 2004, Institut d'Etudes Politiques (Sciences-Po Paris), CIEP, in 1997, and Yale College, B.A., in 1995. She then served as a law clerk to the Honorable David S. Tatel of the United States Court of Appeals for the District of Columbia Circuit. Ms. Nyberg began working in private practice in 2005 and has worked with our team at Bancroft PLLC, then Kirkland & Ellis, and Clement & Murphy since 2015. Ms. Nyberg provided moot court assistance for oral argument in the First Circuit. Clement & Murphy charged AAU for 22.25 hours of Ms. Nyberg's work on this matter. AAU requests $5,926.29 for that work, applying the requested $266.35 hourly billing rate. *See* Atty's Fee Mot. at 12 (discussing requested rate).

c. **Mitchell K. Pallaki**. Mitchell K. Pallaki is an associate at Clement & Murphy, PLLC. Mr. Pallaki graduated from New York University School of Law, J.D., *magna cum laude*, in 2022, and Harvard University, B.A., *cum laude*, in 2019. He then clerked for the Honorable Douglas R. Cole of the United States District Court for the Southern District of Ohio and the Honorable Carlos T. Bea of the United States Court of Appeals for the Ninth Circuit. Mr. Pallaki provided moot court assistance for oral argument in the First Circuit. Clement & Murphy charged AAU for 11.75 hours of Mr. Pallaki's work on this matter. AAU requests $3,129.61 for that work, applying the requested $266.35 hourly billing rate. *See* Atty's Fee Mot. at 12 (discussing requested rate).

d. **Kyle R. Eiswald**. Kyle Eiswald is an associate at Clement & Murphy, PLLC. Mr. Eiswald graduated from Harvard Law School, J.D., *cum laude*, in 2023, The Southern Baptist Theological Seminary, M.A., in 2020, and Appalachian State University, B.A., *summa cum laude*, in 2014. He then served as a law clerk to the Honorable Kevin C. Newsom of the United States Court of Appeals for the Eleventh Circuit. In this matter, Mr. Eiswald helped with drafting, editing, and review of the complaint, temporary-restraining-order filings, First Circuit response brief, and other papers; and aiding in oral argument preparation in the First Circuit. Clement & Murphy charged AAU for 200.75 hours of Mr. Eiswald's work on this matter. AAU requests $53,476.36 for that work, applying the requested $266.35 and $269.28 hourly billing rates. *See* Atty's Fee Mot. at 12 (discussing requested rates).

e. **Ashley Britton.** Ashley Britton is a senior paralegal at Clement & Murphy, PLLC. Ms. Britton graduated from California Western School of Law, J.D., in May 2015 and from San Diego State University, B.S., in May 2009. Ms. Britton is a member of the California Bar. An experienced paralegal with extensive experience specific to the U.S. Supreme Court, federal courts of appeals, and district courts, Ms. Britton has worked in this field, and with our team specifically, for nearly a decade. Ms. Britton assisted in preparing briefs and other filings in the First Circuit. Clement & Murphy charged AAU for 1.75 hours of Ms. Britton's work on this matter. AAU requests $166.25 for that work, applying the requested $95 hourly billing rate. *See* Atty's Fee Mot. at 14 (discussing requested rate).

f. **Ethan Yan.** Ethan Yan was a paralegal at Clement & Murphy, PLLC during

much of the litigation proceedings in this matter. Mr. Yan graduated from Yale University, B.A., *summa cum laude*, in 2024. He had experience specific to the federal courts of appeals and federal district courts. Mr. Yan assisted in preparing filings before this Court and the First Circuit as well as with research. Clement & Murphy charged AAU for 31.00 hours of Mr. Yan's work on this matter. AAU requests $2,945.00 for that work, applying the requested $95 hourly billing rate. *See* Atty's Fee Mot. at 14 (discussing requested rate).

g. **Madeline Levin.** Madeline Levin is a paralegal at Clement & Murphy, PLLC. Ms. Levin graduated from Yale University, B.A., *magna cum laude*, in 2025. Ms. Levin assisted in preparing for oral argument in the First Circuit. Clement & Murphy charged AAU for 8.50 hours of Ms. Levin's work on this matter. AAU requests $807.50 for that work, applying the requested $95 hourly billing rate. *See* Atty's Fee Mot. at 14 (discussing requested rate).

9. In support of AAU's motion for attorneys' fees and costs for Clement & Murphy attorneys and personnel, I have included as Exhibit 5 a list of time and billing entries for this case, which is a true and correct accounting of time and fees that have been billed to AAU thus far.

10. The number of hours worked in this case—which encompasses providing strategic counsel, working with co-counsel to draft and file a complaint, briefing for a temporary-restraining-order motion, and appellate briefing, as well as preparing for and presenting oral argument in the First Circuit, among other things—is consistent with both Clement & Murphy's general practice and general industry practice.

11. AAU is entitled to recover attorneys' fees for Clement & Murphy's work by multiplying the number of hours reasonably expended on the litigation by reasonable hourly rates

for Clement & Murphy's attorneys and professionals. Here, that product is $166,804.50. AAU also requests costs in the amount of $856.37 in accordance with 28 U.S.C. §2412(a). AAU's total reimbursement request for Clement & Murphy's fees and costs is $167,660.87.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this May 6, 2026

s/Paul D. Clement

Paul D. Clement (admitted *pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com

*Attorney for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education*