# EXHIBIT 5

**AAU: NIH Indirect Costs Litigation**

Life of matter fees and expenses

**Fees:**

| | | | | |
|---|---|---|---|---|
| 2/9/2025 | Kyle Eiswald | Correspond with J. Xi re new matter; research venue question. | 1.5 | 1350 |
| 2/9/2025 | James Xi | Discuss case with co-counsel; review and revise draft complaint and TRO; correspond with K. Eiswald re same. | 10.5 | 15750 |
| 2/9/2025 | Paul Clement | Edit draft TRO papers; review draft complaint; prepare for and participate in calls re same. | 8 | 21200 |
| 2/10/2025 | Kyle Eiswald | Correspond with J. Xi re draft complaint and TRO brief; review correspondence from co-counsel re same; save files to shared drive; read complaint. | 1.25 | 1125 |
| 2/10/2025 | Ethan Yan | Correspond with C&M Troutman Pepper and Jenner & Block teams re pro hac vice applications; work on same for P. Clement E. Murphy J. Xi and K. Eiswald; research states' lawsuit. | 3.25 | 1381.25 |
| 2/10/2025 | James Xi | Review filings and TROs; coordinate engagement letters and PHVs. | 3.5 | 5250 |
| 2/10/2025 | Paul Clement | Edit Complaint and TRO papers; prepare for and participate in call with potential clients; finalize papers. | 4 | 10600 |
| 2/11/2025 | Kyle Eiswald | Correspond with J. Xi re updates; save filings; correspond with E. Yan re notices of appearance; read complaint. | 1.5 | 1350 |
| 2/11/2025 | Ethan Yan | Review docket; register C&M attorneys for e-filing privileges; correspond with C&M team re notices of appearance; discuss same with district court staff. | 1.25 | 531.25 |
| 2/11/2025 | Paul Clement | Exchange emails re preliminary filing; prepare for and participate in call re hearing and scheduling; exchange emails re motion to show cause and order re TRO. | 2 | 5300 |
| 2/12/2025 | Kyle Eiswald | Read court filings; confer with Jimmy re matter and next steps; review notifications from district court re filing privileges and notice of appearance; research relevant statutes and regulations. | 7.25 | 6525 |
| 2/12/2025 | Ethan Yan | Correspond with J. Xi re notices of appearance; look into same; call clerk's office re same; file notices for P. Clement E. Murphy J. Xi and K. Eiswald. | 1.5 | 637.5 |
| 2/12/2025 | James Xi | Revise response to motion to show cause; coordinate filing and appearances. | 1.5 | 2250 |
| 2/12/2025 | Paul Clement | Edit response to motion to show cause; exchange emails re DoJ enlargement request. | 1 | 2650 |
| 2/13/2025 | Kyle Eiswald | Read NIH regulations and policies; review filings in other cases; research history of attempts to limit indirect cost rates. | 5 | 4500 |
| 2/13/2025 | Paul Clement | Exchange emails re orders on related cases and consolidated government brief; exchange emails re consent. | 0.5 | 1325 |
| 2/14/2025 | Kyle Eiswald | Review correspondence from J. Xi and P. Clement re strategy; review docket activity; correspond with J. Xi re government response and next steps; research history of attempted caps. | 2.25 | 2025 |
| 2/14/2025 | Paul Clement | Exchange emails re government brief and potential amici. | 0.5 | 1325 |
| 2/15/2025 | Kyle Eiswald | Correspond with J. Xi re government's response; review government's response and provide comments to J. Xi; confer with | 3.5 | 3150 |

| | | | | |
|---|---|---|---|---|
| | | J. Xi re arguments; review correspondence from J. Xi to co-counsel re reply. | | |
| 2/15/2025 | James Xi | Review DOJ opposition brief; exchange emails re same; discuss same with K. Eiswald; attend coordination call re same. | 7 | 10500 |
| 2/15/2025 | Paul Clement | Exchange emails re reply brief. | 0.5 | 1325 |
| 2/16/2025 | Kyle Eiswald | Review draft reply; confer with J. Xi re draft and next steps; edit draft; review P. Clement's edits to the draft. | 3 | 2700 |
| 2/16/2025 | James Xi | Revise reply brief; discuss same with K. Eiswald. | 4.5 | 6750 |
| 2/16/2025 | Paul Clement | Edit draft reply inserts. | 3 | 7950 |
| 2/17/2025 | Kyle Eiswald | Review states' proposed consolidated briefing motion; review docket for district court's order re consolidated opposition brief. | 0.25 | 225 |
| 2/17/2025 | Ethan Yan | Correspond with Jenner & Block and C&M teams re motion for leave to file consolidated brief; file same. | 0.75 | 318.75 |
| 2/17/2025 | James Xi | Review and finalize filing for motion for leave. | 0.5 | 750 |
| 2/17/2025 | Paul Clement | Edit draft reply brief; exchange emails re same. | 2.5 | 6625 |
| 2/18/2025 | Kyle Eiswald | Review government's opposition to motion for consolidated reply brief; read district court's order granting motion for consolidated 30-page brief; discuss matter with J. Xi; review emails from co-counsel re strategy; review reply. | 1.25 | 1125 |
| 2/18/2025 | Ethan Yan | File reply in support of motion for temporary restraining order; correspond with Jenner & Block and C&M teams re same; correspond with docket clerk re amended filing. | 0.75 | 318.75 |
| 2/18/2025 | James Xi | Review reply brief; finalize filing. | 1 | 1500 |
| 2/18/2025 | Paul Clement | Review consolidated reply; exchange emails re PI request. | 2 | 5300 |
| 2/19/2025 | Kyle Eiswald | Check docket for filing of joint statement of speakers; correspond with J. Xi and P. Clement re same. | 0.5 | 450 |
| 2/19/2025 | Ethan Yan | Correspond with K. Eiswald re joint statement of speakers. | 0.5 | 212.5 |
| 2/19/2025 | Paul Clement | Exchange emails re 2/21 hearing. | 0.5 | 1325 |
| 2/20/2025 | Kyle Eiswald | Review docket activity; save amicus briefs; correspond with J. Xi re matter. | 0.25 | 225 |
| 2/20/2025 | Paul Clement | Exchange emails re 3/21 hearing. | 0.5 | 1325 |
| 2/21/2025 | Kyle Eiswald | Review docket activity re hearing. | 0.25 | 225 |
| 2/21/2025 | Paul Clement | Exchange emails re oral arguments and next steps. | 0.5 | 1325 |
| 2/28/2025 | Kyle Eiswald | Check docket for activity; search for recording of hearing. | 0.25 | 225 |
| 3/5/2025 | Kyle Eiswald | Review district court's preliminary-injunction decision. | 1.5 | 1350 |
| 3/5/2025 | Ethan Yan | Review preliminary-injunction decision. | 0.25 | 106.25 |
| 3/5/2025 | James Xi | Review PI opinion. | 1 | 1500 |
| 3/5/2025 | Paul Clement | Review PI decision; exchange emails re same. | 0.5 | 1325 |
| 3/6/2025 | Paul Clement | Exchange emails re appellate strategy. | 0.25 | 662.5 |
| 3/7/2025 | Paul Clement | Exchange emails re next steps. | 0.25 | 662.5 |
| 3/16/2025 | Kyle Eiswald | Review correspondence from opposing counsel re permanent injunction and bond. | 0.25 | 225 |

| | | | | |
|---|---|---|---|---|
| 3/17/2025 | Kyle Eiswald | Read federal rules re posting security; review correspondence between co-counsel P. Clement and J. Xi re strategy; research new appropriations statute. | 1 | 900 |
| 3/17/2025 | James Xi | Exchange emails re DOJ's request re permanent injunction and bond. | 0.5 | 750 |
| 3/17/2025 | Paul Clement | Exchange emails re government outreach. | 0.25 | 662.5 |
| 3/18/2025 | Kyle Eiswald | Review correspondence re discussions with government. | 0.25 | 225 |
| 3/19/2025 | Kyle Eiswald | Review correspondence from co-counsel and other plaintiffs' counsel re discussions with government. | 0.25 | 225 |
| 3/24/2025 | Kyle Eiswald | Review correspondence from defendants re motion to convert preliminary injunction to permanent injunction and motion to stay all deadlines pending resolution of the motion to convert; review proposed joint motions and proposed orders. | 0.25 | 225 |
| 3/28/2025 | Kyle Eiswald | Review correspondence from government re proposed motions. | 0.25 | 225 |
| 4/1/2025 | Kyle Eiswald | Review correspondence re converting preliminary-injunction order to final judgment; review edits to proposed motions and orders. | 0.25 | 225 |
| 4/2/2025 | Kyle Eiswald | Review correspondence re proposed motions. | 0.25 | 225 |
| 4/3/2025 | Kyle Eiswald | Review correspondence between other plaintiffs' counsel J. Xi and government re proposed motions; review proposed motions. | 0.25 | 225 |
| 4/3/2025 | James Xi | Exchange emails re joint motion. | 0.25 | 375 |
| 4/4/2025 | Kyle Eiswald | Review docket activity re filing of motions; save motions; review correspondence from government re same. | 0.25 | 225 |
| 4/4/2025 | Paul Clement | Review SCOTUS order re Tucker Act issue. | 0.25 | 662.5 |
| 4/7/2025 | James Xi | Review Tucker Act issue; exchange emails with P. Clement re same. | 1.5 | 2250 |
| 4/7/2025 | Paul Clement | Exchange emails re call to discuss SCOTUS California order. | 0.25 | 662.5 |
| 4/8/2025 | Kyle Eiswald | Review district court docket; read government's notice of appeal; save same. | 0.25 | 225 |
| 4/8/2025 | James Xi | Review Tucker Act issue; exchange emails with P. Clement re same; discuss same with co-counsel. | 4.5 | 6750 |
| 4/8/2025 | Paul Clement | Prepare for and participate in call re effect of California order on appeal; exchange emails re same. | 1 | 2650 |
| 4/9/2025 | Paul Clement | Exchange emails re government appeal and timing. | 0.25 | 662.5 |
| 4/10/2025 | Kyle Eiswald | Check First Circuit docket for activity; save case opening notice and abbreviated record. | 0.25 | 225 |
| 4/10/2025 | Paul Clement | Exchange emails re 4/13 update call. | 0.25 | 662.5 |
| 4/11/2025 | Kyle Eiswald | Review correspondence re appeal timeline. | 0.25 | 225 |
| 4/13/2025 | Paul Clement | Prepare for and participate in President’s call re appeal. | 0.5 | 1325 |
| 4/16/2025 | Kyle Eiswald | Review correspondence from co-counsel re appeal strategy. | 0.25 | 225 |
| 4/16/2025 | Ethan Yan | Prepare First Circuit bar application for K. Eiswald. | 1 | 425 |
| 4/18/2025 | Kyle Eiswald | Review correspondence from plaintiffs' counsel to government re appeal. | 0.25 | 225 |
| 4/22/2025 | Ethan Yan | Finalize First Circuit bar application for K. Eiswald; file same. | 0.5 | 212.5 |
| 4/23/2025 | Kyle Eiswald | Correspond with J. Xi and E. Yan re filing notices of appearance in First Circuit; exchange emails with E. Yan re First Circuit bar admittance. | 0.5 | 450 |

| | | | | |
|---|---|---|---|---|
| 4/23/2025 | Ethan Yan | Correspond with J. Xi and K. Eiswald re notices of appearance; prepare same for P. Clement J. Xi and K. Eiswald; file same. | 0.75 | 318.75 |
| 4/23/2025 | Paul Clement | Exchange emails re coordination with AAMC. | 0.25 | 662.5 |
| 4/24/2025 | Kyle Eiswald | Read notice from First Circuit re notices to attorneys. | 0.25 | 225 |
| 5/1/2025 | Kyle Eiswald | Review correspondence from government re joint appendix; review proposed joint appendix table of contents. | 0.25 | 225 |
| 5/2/2025 | Kyle Eiswald | Confer with J. Xi re response brief. | 0.25 | 225 |
| 5/7/2025 | Kyle Eiswald | Confer with J. Xi re appeal strategy; review correspondence re potential amici. | 0.25 | 225 |
| 5/8/2025 | Kyle Eiswald | Review correspondence re amici strategy. | 0.25 | 225 |
| 5/9/2025 | Kyle Eiswald | Review correspondence re joint appendix designations; review joint appendix designations; review notification from First Circuit re attorneys who will not receive notifications; review Federal Rules of Appellate Procedure and First Circuit Local Rules. | 0.25 | 225 |
| 5/10/2025 | Kyle Eiswald | Review government's brief and joint appendix. | 0.25 | 225 |
| 5/11/2025 | Kyle Eiswald | Exchange emails with J. Xi re response brief. | 0.25 | 225 |
| 5/12/2025 | Kyle Eiswald | Review notifications from First Circuit re government filings; review correspondence between J. Xi and P. Clement re response brief; confer with J. Xi re same; confer with A. Britton re shell response brief. | 0.75 | 675 |
| 5/12/2025 | James Xi | Review key cases and district court briefing. | 4.5 | 6750 |
| 5/12/2025 | Paul Clement | Exchange emails re NIH brief and response brief schedule. | 0.25 | 662.5 |
| 5/13/2025 | Kyle Eiswald | Correspond with A. Britton and J. Xi re shell response brief. | 1 | 900 |
| 5/13/2025 | Ashley Britton | Prepare response brief template for K. Eiswald. | 0.5 | 262.5 |
| 5/13/2025 | James Xi | Review key cases and district court briefing. | 1.5 | 2250 |
| 5/13/2025 | Paul Clement | Review government brief; exchange emails re same. | 1.5 | 3975 |
| 5/14/2025 | Kyle Eiswald | Review Federal Rules of Appellate Procedure and First Circuit's local rules; read government's brief. | 2.25 | 2025 |
| 5/14/2025 | James Xi | Draft opening brief. | 3.5 | 5250 |
| 5/15/2025 | Kyle Eiswald | Review government's brief; review district-court filings. | 7.25 | 6525 |
| 5/15/2025 | Ethan Yan | Research legislative history re indirect costs for J. Xi; review government's CA1 opening brief. | 1.75 | 743.75 |
| 5/15/2025 | James Xi | Draft opening brief. | 5.5 | 8250 |
| 5/16/2025 | Kyle Eiswald | Review district court papers; review background materials; draft section of brief. | 7.75 | 6975 |
| 5/16/2025 | Ethan Yan | Research legislative history; retrieve sources for J. Xi. | 0.5 | 212.5 |
| 5/16/2025 | James Xi | Draft opening brief. | 7.5 | 11250 |
| 5/17/2025 | Kyle Eiswald | Research for brief; draft brief. | 8 | 7200 |
| 5/17/2025 | James Xi | Draft opening brief. | 3.5 | 5250 |
| 5/18/2025 | Kyle Eiswald | Research brief; draft brief. | 9.5 | 8550 |
| 5/19/2025 | Ethan Yan | Research legislative history for J. Xi. | 1.25 | 531.25 |
| 5/19/2025 | Kyle Eiswald | Research for brief; draft brief; correspond with J. Xi re same. | 6.25 | 5625 |
| 5/19/2025 | James Xi | Draft opening brief. | 5.5 | 8250 |
| 5/20/2025 | Kyle Eiswald | Research for brief; review background section of brief; draft brief. | 8.5 | 7650 |

| | | | | |
|---|---|---|---|---|
| 5/20/2025 | Ethan Yan | Correspond with K. Eiswald re research resources; research caselaw re use of legislative history. | 1.75 | 743.75 |
| 5/20/2025 | James Xi | Draft opening brief. | 8.75 | 13125 |
| 5/21/2025 | Kyle Eiswald | Research brief; draft brief. | 5 | 4500 |
| 5/21/2025 | Ethan Yan | Research dictionary definitions for J. Xi; confer with K. Eiswald re opening brief and research needs; research NIH reports to Congress. | 1.5 | 637.5 |
| 5/21/2025 | James Xi | Draft opening brief. | 7.25 | 10875 |
| 5/22/2025 | Kyle Eiswald | Research for brief; draft brief; correspond with J. Xi re brief. | 9.5 | 8550 |
| 5/22/2025 | Ethan Yan | Research caselaw re arbitrariness and capriciousness and congressional action; correspond with K. Eiswald re same. | 2 | 850 |
| 5/22/2025 | James Xi | Draft opening brief. | 10.5 | 15750 |
| 5/22/2025 | Ashley Britton | Prepare cover and signature blocks for response brief. | 0.75 | 393.75 |
| 5/23/2025 | Kyle Eiswald | Research brief; draft brief; correspond with J. Xi re brief; correspond with P. Clement J. Xi and E. Yan re oral argument unavailability letter. | 7.25 | 6525 |
| 5/23/2025 | Ethan Yan | Research First Circuit oral-argument unavailability requirements; confer with A. Britton re same; correspond with K. Eiswald re same; call clerk's office re same. | 0.5 | 212.5 |
| 5/23/2025 | James Xi | Draft opening brief. | 12.75 | 19125 |
| 5/23/2025 | Paul Clement | Exchange emails re draft brief and OA scheduling. | 0.25 | 662.5 |
| 5/24/2025 | Kyle Eiswald | Review brief draft. | 5 | 4500 |
| 5/24/2025 | James Xi | Revise opening brief and exchange emails with P. Clement and K. Eiswald re same. | 2.5 | 3750 |
| 5/24/2025 | Paul Clement | Edit draft brief. | 6.5 | 17225 |
| 5/25/2025 | Kyle Eiswald | Review response brief; correspond with J. Xi re same. | 2.5 | 2250 |
| 5/25/2025 | James Xi | Revise opening brief and exchange emails with P. Clement and K. Eiswald re same. | 4.75 | 7125 |
| 5/25/2025 | Paul Clement | Edit draft brief. | 2.5 | 6625 |
| 5/26/2025 | Paul Clement | Exchange emails re draft brief. | 0.25 | 662.5 |
| 5/27/2025 | Kyle Eiswald | Read correspondence between co-counsel and J. Xi re response brief; review circulated response brief draft; review Federal Rules of Appellate Procedure re consolidation; confer with A. Britton re same. | 1.5 | 1350 |
| 5/27/2025 | James Xi | Revise and circulate to co-counsel CA1 response brief. | 2 | 3000 |
| 5/27/2025 | Paul Clement | Edit brief; exchange emails re same. | 1 | 2650 |
| 5/29/2025 | Ethan Yan | Correspond with C&M team re legislative-history resources. | 0.25 | 106.25 |
| 5/30/2025 | Kyle Eiswald | Review correspondence re potential amici strategy. | 0.25 | 225 |
| 6/2/2025 | Kyle Eiswald | Correspond with J. Xi re response brief and timeline; review co-counsels' comments on response brief; read emails between J. Xi and co-counsel re meeting with potential amicus. | 1 | 900 |
| 6/2/2025 | James Xi | Review and incorporate co-counsel revisions to brief. | 1.25 | 1812.5 |
| 6/2/2025 | Paul Clement | Exchange emails re edits to draft brief. | 0.25 | 662.5 |

| | | | | |
|---|---|---|---|---|
| 6/3/2025 | Kyle Eiswald | Correspond with J. Xi and E. Yan re response brief and extension motion; review response brief; send response brief to E. Yan for cite check; review extension motion; review government's response to extension motion. | 2.5 | 2250 |
| 6/3/2025 | James Xi | Revise opening brief and circulate to client group; review extension motion revisions and exchange emails re same; exchange emails re citecheck. | 1.5 | 2175 |
| 6/3/2025 | Ethan Yan | Call K. Eiswald re CA1 response brief filing logistics; correspond with C&M team re same; finalize extension motion; file same; correspond with C&M team re same. | 0.75 | 318.75 |
| 6/4/2025 | Kyle Eiswald | Research for response brief; correspond with J. Xi re same. | 1 | 900 |
| 6/5/2025 | Ethan Yan | Cite check First Circuit opening brief. | 1.25 | 531.25 |
| 6/5/2025 | Kyle Eiswald | Attend call re amicus strategy; correspond with J. Xi re response brief. | 0.75 | 675 |
| 6/6/2025 | Kyle Eiswald | Edit response brief; research for same; correspond with J. Xi re same. | 9.25 | 8325 |
| 6/6/2025 | Ethan Yan | Cite check First Circuit response brief. | 1.5 | 637.5 |
| 6/6/2025 | James Xi | Revise opening brief; confer with K. Eiswald re same. | 1.25 | 1812.5 |
| 6/6/2025 | Paul Clement | Exchange emails re constitutional avoidance insert. | 0.25 | 662.5 |
| 6/7/2025 | Kyle Eiswald | Review response brief draft. | 0.25 | 225 |
| 6/7/2025 | Ethan Yan | Cite check First Circuit response brief. | 3.5 | 1487.5 |
| 6/7/2025 | James Xi | Revise CA1 brief. | 1.5 | 2175 |
| 6/7/2025 | Paul Clement | Exchange emails re edits to brief. | 0.25 | 662.5 |
| 6/8/2025 | Kyle Eiswald | Confer with J. Xi re response brief; review and edit same. | 2.5 | 2250 |
| 6/8/2025 | Ethan Yan | Correspond with J. Xi and K. Eiswald re cite check and filing logistics. | 0.25 | 106.25 |
| 6/8/2025 | Paul Clement | Edit brief; exchange emails re same. | 0.5 | 1325 |
| 6/9/2025 | Kyle Eiswald | Perform close read of response brief; correspond with J. Xi and E. Yan re same. | 5.75 | 5175 |
| 6/9/2025 | James Xi | Revise and finalize CA1 brief. | 1.5 | 2175 |
| 6/9/2025 | Ethan Yan | Generate tables of contents and authorities for First Circuit response brief; confer with K. Eiswald re same. | 3.25 | 1381.25 |
| 6/9/2025 | Paul Clement | Exchange emails re finalizing brief. | 0.25 | 662.5 |
| 6/10/2025 | Kyle Eiswald | Review States' response brief; correspond with J. Xi re same; confer with J. Xi A. Britton and E. Yan re sending physical copies of response brief. | 1.25 | 1125 |
| 6/10/2025 | Ethan Yan | Correspond with C&M team and Counsel Press re sending paper copies of First Circuit opening brief. | 0.25 | 106.25 |
| 6/10/2025 | James Xi | Review states' brief and correspond with K. Eiswald re same. | 1 | 1450 |
| 6/10/2025 | Paul Clement | Exchange emails re final brief and amici. | 0.25 | 662.5 |
| 6/11/2025 | Kyle Eiswald | Research for case. | 0.25 | 225 |
| 6/11/2025 | Paul Clement | Exchange emails re State’s brief. | 0.25 | 662.5 |
| 6/12/2025 | Kyle Eiswald | Review correspondence re amicus strategy. | 0.25 | 225 |
| 6/12/2025 | Paul Clement | Exchange emails re amici briefs. | 0.25 | 662.5 |

| | | | | |
|---|---|---|---|---|
| 6/13/2025 | Kyle Eiswald | Review correspondence re amicus strategy. | 0.25 | 225 |
| 6/16/2025 | Kyle Eiswald | Review amicus filings. | 0.75 | 675 |
| 6/17/2025 | Kyle Eiswald | Review amicus filings. | 1.5 | 1350 |
| 6/17/2025 | Ethan Yan | Set up docket alerts for K. Eiswald; confer with same re case status. | 0.25 | 106.25 |
| 6/18/2025 | Kyle Eiswald | Review amicus filings. | 0.25 | 225 |
| 6/19/2025 | Kyle Eiswald | Confer with J. Xi re appeal. | 0.25 | 225 |
| 6/20/2025 | Kyle Eiswald | Review amicus filings. | 0.25 | 225 |
| 6/23/2025 | Kyle Eiswald | Review amicus filings; confer with P. Clement and J. Xi re appeal. | 0.25 | 225 |
| 6/23/2025 | Paul Clement | Exchange emails re amici and CA1 oral argument. | 0.25 | 662.5 |
| 7/1/2025 | Kyle Eiswald | Confer with P. Clement and J. Xi re oral argument; draft unavailability letter. | 1.5 | 1350 |
| 7/1/2025 | Paul Clement | Exchange emails re argument schedule; edit letter to court re same. | 0.5 | 1325 |
| 7/2/2025 | Kyle Eiswald | Review government's reply brief; confer with J. Xi re same; confer with P. Clement and J. Xi re oral argument unavailability letter. | 1.75 | 1575 |
| 7/2/2025 | Paul Clement | Exchange emails re oral argument scheduling. | 0.25 | 662.5 |
| 7/3/2025 | Kyle Eiswald | Review correspondence re oral argument unavailability; update oral argument unavailability letter; save briefs from related cases. | 1 | 900 |
| 7/3/2025 | Paul Clement | Exchange emails re letter to CA1 and possible intervention. | 0.25 | 662.5 |
| 7/7/2025 | Kyle Eiswald | Confer with P. Clement J. Xi and A. Britton re oral argument unavailability letter; update same. | 0.25 | 225 |
| 7/7/2025 | Paul Clement | Exchange emails re oral argument notice. | 0.25 | 662.5 |
| 7/8/2025 | Kyle Eiswald | Confer with A. Britton re oral argument unavailability letter; review filed letter. | 0.25 | 225 |
| 7/8/2025 | Ashley Britton | Finalize letter re unavailability for oral argument; file same. | 0.25 | 131.25 |
| 7/14/2025 | Kyle Eiswald | Review correspondence re oral argument; correspond with J. Xi re same. | 0.25 | 225 |
| 7/14/2025 | James Xi | Correspond with CA1 re argument scheduling. | 0.25 | 362.5 |
| 7/15/2025 | Kyle Eiswald | Confer with J. Xi re oral argument; update oral argument unavailability letter. | 0.5 | 450 |
| 7/15/2025 | James Xi | Follow up with CA1 re argument scheduling. | 0.25 | 362.5 |
| 7/17/2025 | Kyle Eiswald | Update oral argument unavailability letter; correspond with P. Clement and J. Xi re same. | 0.25 | 225 |
| 7/21/2025 | Kyle Eiswald | Update oral argument unavailability letter; confer with P. Clement and A. Britton re same; review filing in related case. | 0.75 | 675 |
| 7/21/2025 | Paul Clement | Exchange emails re CA1 oral argument. | 0.25 | 662.5 |
| 7/22/2025 | Kyle Eiswald | Update oral argument unavailability letter; correspond with P. Clement and A. Britton re same. | 0.25 | 225 |
| 7/22/2025 | Ashley Britton | Finalize and file letter re unavailability for oral argument. | 0.25 | 131.25 |
| 7/22/2025 | Paul Clement | Exchange emails re availability letter. | 0.25 | 662.5 |
| 7/25/2025 | Bartow Farr | Work on issues for possible Supreme Court filing. | 3.25 | 6012.5 |
| 7/25/2025 | James Xi | Review SG emergency application in APHA case; correspond with P. Clement and K. Eiswald re same. | 2.75 | 3987.5 |
| 7/25/2025 | Paul Clement | Exchange emails re SG filing in APHA case. | 0.25 | 662.5 |
| 7/26/2025 | Bartow Farr | Work on jurisdictional issues. | 2.75 | 5087.5 |

| | | | | |
|---|---|---|---|---|
| 7/28/2025 | Bartow Farr | Work on jurisdictional issues. | 3.5 | 6475 |
| 7/28/2025 | Kyle Eiswald | Read government's reply in support of motion to dismiss in related case. | 0.25 | 225 |
| 8/5/2025 | Kyle Eiswald | Read filings in related case; correspond with J. Xi re same. | 2 | 1800 |
| 8/12/2025 | Kyle Eiswald | Research First Circuit October sitting dates; correspond with J. Xi re same. | 0.25 | 225 |
| 8/13/2025 | Kyle Eiswald | Correspond with P. Clement and J. Xi re updating oral argument unavailability letter. | 0.25 | 225 |
| 8/14/2025 | Kyle Eiswald | Revise oral argument unavailability letter; correspond with P. Clement re same. | 0.75 | 675 |
| 8/20/2025 | Kyle Eiswald | Review updated unavailability letter; correspond with P. Clement re same. | 0.25 | 225 |
| 8/20/2025 | Paul Clement | Exchange emails re oral argument availability letter; file same with CA1. | 0.25 | 662.5 |
| 8/21/2025 | Paul Clement | Exchange emails re APHA decision. | 0.25 | 662.5 |
| 8/28/2025 | Kyle Eiswald | Review correspondence re oral argument; send calendar invite re same. | 1 | 900 |
| 8/28/2025 | Paul Clement | Exchange emails re CA1 oral argument. | 0.25 | 662.5 |
| 9/4/2025 | Kyle Eiswald | Review correspondence re government's change of counsel. | 0.25 | 225 |
| 9/10/2025 | Kyle Eiswald | Review First Circuit notices. | 0.25 | 225 |
| 9/11/2025 | Kyle Eiswald | Correspond with J. Xi re oral-argument designation forms; discuss same with First Circuit clerk's office; draft motion requesting permission for P. Clement to present oral argument on behalf of all Plaintiffs-Appellees; correspond with opposing counsel co-counsel P. Clement and J. Xi re same. | 2.75 | 2475 |
| 9/11/2025 | James Xi | Correspond with K. Eiswald re motion to present argument. | 0.5 | 725 |
| 9/12/2025 | Kyle Eiswald | Correspond with opposing counsel co-counsel P. Clement and J. Xi re oral argument motion; revise same; supervise filing of same. | 1 | 900 |
| 9/12/2025 | Madeline Levin | File motion re oral argument and OA designation form; correspond with K. Eiswald re the same. | 0.5 | 212.5 |
| 9/13/2025 | Paul Clement | Exchange emails re oral argument coordination. | 0.25 | 662.5 |
| 9/16/2025 | Kyle Eiswald | Review order from First Circuit. | 0.25 | 225 |
| 9/26/2025 | Kyle Eiswald | Review notification from First Circuit re case. | 0.25 | 225 |
| 9/30/2025 | Kyle Eiswald | Review notification from First Circuit re case. | 0.25 | 225 |
| 10/1/2025 | James Xi | Correspond with B. Henthorne re 28(j) letters. | 0.25 | 362.5 |
| 10/2/2025 | Kyle Eiswald | Review 28(j) letters filed in companion case; review correspondence re same. | 0.25 | 225 |
| 10/15/2025 | Kyle Eiswald | Correspond with P. Clement re moot. | 0.5 | 450 |
| 10/15/2025 | Paul Clement | Exchange emails re CA1 oral argument. | 0.5 | 1325 |
| 10/16/2025 | Kyle Eiswald | Correspond with P. Clement re moot. | 0.25 | 225 |
| 10/16/2025 | Paul Clement | Exchange emails re moot court. | 0.25 | 662.5 |
| 10/17/2025 | Kyle Eiswald | Correspond with A. Britton re oral argument. | 0.25 | 225 |
| 10/23/2025 | Kyle Eiswald | Review notification re oral argument. | 0.25 | 225 |
| 10/24/2025 | Kyle Eiswald | Coordinate moot. | 0.5 | 450 |

| | | | | |
|---|---|---|---|---|
| 10/27/2025 | Kyle Eiswald | Correspond with P. Clement and R. Barwick re moot and argument; review correspondence between P. Clement and co-counsel re same. | 0.5 | 450 |
| 10/27/2025 | James Xi | Correspond with P. Clement re argument logistics. | 0.25 | 362.5 |
| 10/27/2025 | Paul Clement | Exchange emails re divided argument. | 0.5 | 1325 |
| 10/28/2025 | Kyle Eiswald | Coordinate moot; correspond with co-counsel P. Clement B. Farr and A. Nyberg re same; coordinate travel for argument; correspond with P. Clement and M. Levin re argument binders; review case materials. | 7.5 | 6750 |
| 10/28/2025 | Madeline Levin | Prepare binders for P. Clement's oral argument. | 2 | 850 |
| 10/28/2025 | Mitchell Pallaki | Exchange emails with K. Eiswald re upcoming moot. | 0.25 | 237.5 |
| 10/28/2025 | Paul Clement | Prepare for oral argument. | 0.5 | 1325 |
| 10/29/2025 | Kyle Eiswald | Correspond with P. Clement and M. Levin re oral argument binders; correspond with P. Clement J. Xi and moot panelists re First Circuit panel; review materials. | 1.5 | 1350 |
| 10/29/2025 | Madeline Levin | Prepare binders for P. Clement's oral argument; correspond with K. Eiswald re same. | 1 | 425 |
| 10/29/2025 | Mitchell Pallaki | Prepare for moot. | 1.25 | 1187.5 |
| 10/29/2025 | Amy Nyberg | Prepare for moot court. | 1.5 | 2175 |
| 10/30/2025 | Kyle Eiswald | Coordinate moot. | 0.75 | 675 |
| 10/30/2025 | Bartow Farr | Work on issues for moot court. | 2.25 | 4162.5 |
| 10/30/2025 | Mitchell Pallaki | Review case materials to prepare for moot. | 0.75 | 712.5 |
| 10/30/2025 | Amy Nyberg | Prepare for moot court. | 2.5 | 3625 |
| 10/30/2025 | Paul Clement | Prepare for oral argument. | 0.5 | 1325 |
| 10/31/2025 | Kyle Eiswald | Review materials; review correspondence between co-counsel and clients re moot and argument. | 1.75 | 1575 |
| 10/31/2025 | Bartow Farr | Work on issues for moot court. | 1.5 | 2775 |
| 10/31/2025 | Mitchell Pallaki | Prepare for moot court. | 1 | 950 |
| 10/31/2025 | Amy Nyberg | Prepare for moot court. | 1 | 1450 |
| 10/31/2025 | Paul Clement | Prepare for oral argument. | 2 | 5300 |
| 11/1/2025 | Mitchell Pallaki | Prepare for moot court; confer with K. Eiswald re the same. | 1.5 | 1425 |
| 11/1/2025 | Kyle Eiswald | Correspond with M. Pallaki re case. | 1 | 900 |
| 11/1/2025 | Amy Nyberg | Prepare for moot court. | 2.75 | 3987.5 |
| 11/1/2025 | Bartow Farr | Work on issues for moot court. | 5 | 9250 |
| 11/2/2025 | Mitchell Pallaki | Prepare for moot court. | 2.5 | 2375 |
| 11/2/2025 | Amy Nyberg | Prepare for moot court. | 4.75 | 6887.5 |
| 11/2/2025 | Bartow Farr | Work on issues for moot court. | 4.25 | 7862.5 |
| 11/2/2025 | Paul Clement | Prepare for oral argument. | 2 | 5300 |

| | | | | |
|---|---|---|---|---|
| 11/3/2025 | Kyle Eiswald | Coordinate moot; review case materials; research re same. | 4 | 3600 |
| 11/3/2025 | Amy Nyberg | Prepare for moot court. | 4.75 | 6887.5 |
| 11/3/2025 | Bartow Farr | Prepare for moot court. | 3 | 5550 |
| 11/3/2025 | Paul Clement | Prepare for oral argument. | 6 | 15900 |
| 11/4/2025 | Kyle Eiswald | Research questions for moot; correspond with co-counsel P. Clement and J. Xi re same; attend moot. | 8.75 | 7875 |
| 11/4/2025 | Mitchell Pallaki | Prepare for moot; attend moot; debrief moot. | 4.5 | 4275 |
| 11/4/2025 | Bartow Farr | Complete preparation for moot court; participate in moot court and following discussion. | 3.25 | 6012.5 |
| 11/4/2025 | Madeline Levin | Reading briefing in preparation for moot; attend moot and transcribe notes; edit notes for format and clarify; send to P. Clement and K. Eiswald. | 5 | 2125 |
| 11/4/2025 | Amy Nyberg | Prepare for and participate in moot court. | 5 | 7250 |
| 11/4/2025 | James Xi | Prepare for and attend moot; discuss same with P. Clement and K. Eiswald. | 2.5 | 3625 |
| 11/4/2025 | Paul Clement | Prepare for and participate in moot court; prepare for oral argument. | 12 | 31800 |
| 11/5/2025 | Kyle Eiswald | Review materials; research for argument; correspond with co-counsel P. Clement and J. Xi re same; attend argument. | 6 | 5400 |
| 11/5/2025 | James Xi | Prepare for and attend oral argument; review summary re same; discuss same with P. Clement and K. Eiswald. | 2.5 | 3625 |
| 11/5/2025 | Paul Clement | Prepare for and participate in moot oral argument in CA1. | 8.5 | 22525 |
| 11/13/2025 | Kyle Eiswald | Review order in related case; research issues in case; correspond with J. Xi re same. | 1.25 | 1125 |
| 1/5/2026 | Kyle Eiswald | Review First Circuit opinion; review correspondence re same; draft summary; send summary to J. Xi. | 1 | 975 |
| 1/5/2026 | James Xi | Review CA1 decision; revise summary; correspond with P. Clement and K. Eiswald re same. | 1.25 | 2000 |
| 1/5/2026 | Paul Clement | Review CA1 NIH decision; exchange emails re same; exchange emails re government extension and abeyance requests. | 1 | 2950 |
| 2/8/2026 | Kyle Eiswald | Review First Circuit notice re case. | 0.25 | 243.75 |
| 2/9/2026 | Kyle Eiswald | Review First Circuit notice re case. | 0.25 | 243.75 |
| 2/25/2026 | Kyle Eiswald | Correspond with J. Xi re case. | 0.25 | 243.75 |
| 2/25/2026 | James Xi | Correspond with K. Eiswald re case. | 0.25 | 400 |
| 2/27/2026 | Kyle Eiswald | Review First Circuit notice. | 0.25 | 243.75 |
| 2/28/2026 | Kyle Eiswald | Review court notice. | 0.25 | 243.75 |

**Expenses:**

| | | | |
|---|---|---|---|
| 6/11/2025 | Paul Clement | Counsel Press - Appellee's Brief | 856.37 |