# EXHIBIT 6

**SUMMARY OF TIME BILLED AND FEES REQUESTED**

| Timekeeper | Position | Hours | Adjusted Rate[1] | Total |
|---|---|---|---|---|
| Ishan K. Bhabha | Partner | 39.00 | $500.00 | $19,500.00 |
| Lindsay C. Harrison | Partner | 82.20 | $500.00 | $41,100.00 |
| Lauren J. Hartz | Partner | 13.00 | $500.00 | $6,500.00 |
| Betsy Henthorne | Partner | 116.60 | $500.00 | $58,300.00 |
| Zachary C. Schauf | Partner | 45.60 | $266.35<br>$500.00 (for appeal) | $13,640.92 |
| Adam G. Unikowsky | Partner | 56.70 | $500.00 | $28,350.00 |
| Allison N. Douglis | Partner | 14.20 | $266.35 | $3,782.17 |
| Steven R. Englund | Partner | 9.80 | $266.35 | $2,610.23 |
| Ian H. Gershengorn | Partner | 9.60 | $266.35 | $2,556.96 |
| Matthew L. Haws | Partner | 14.80 | $266.35 | $3,941.98 |
| David C. Layden | Partner | 9.10 | $266.35 | $2,423.79 |
| Hilary R. Ledwell | Partner | 44.50 | $266.35 | $11,852.58 |
| Kathryn L. Wynbrandt | Partner | 16.80 | $266.35 | $4,474.68 |
| H. Kelly Lew | Associate | 20.90 | $266.35 | $5,566.72 |
| Michelle A. Li | Associate | 96.60 | $266.35 | $25,729.41 |
| Mary E. Marshall | Associate | 14.40 | $266.35 | $3,835.44 |
| Julianna St. Onge | Associate | 20.90 | $266.35 | $5,566.72 |
| Maura E. Smyles | Associate | 52.10 | $266.35 | $13,876.84 |
| Sandra M. Gentile | Paralegal | 44.90 | $95.00 | $4,265.50 |
| Cheryl J. Kras | Paralegal | 12.90 | $95.00 | $1,225.50 |
| Cheryl L. Olson | Paralegal | 24.40 | $95.00 | $2,318.00 |
| Mary F. Patston | Paralegal | 8.80 | $95.00 | $836.00 |
| | | | | |
| Paul D. Clement | Partner | 81.00 | $266.35<br>$500.00 (for appeal) | $33,665.74 |
| James Y. Xi | Partner | 135.00 | $266.35<br>$500.00 (for appeal) | $59,030.19 |
| H. Bartow Farr | Partner | 28.75 | $266.35 | $7,657.56 |
| Amy O. Nyberg | Of Counsel | 22.25 | $266.35 | $5,926.29 |

[1] The only attorneys that billed time in 2026 were Lindsay Harrison, Betsy Henthorne, Paul D. Clement, James Y. Xi, and Kyle R. Eiswald.

| | | | | |
|---|---|---|---|---|
| Mitchell K. Pallaki | Associate | 11.75 | $266.35 | $3,129.61 |
| Kyle R. Eiswald | Associate | 200.75 | $266.35 (2025)<br>$269.28 (2026) | $53,476.36 |
| Ashley Britton | Paralegal | 1.75 | $95.00 | $166.25 |
| Ethan Yan | Paralegal | 31.00 | $95.00 | $2,945.00 |
| Madeline Levin | Paralegal | 8.50 | $95.00 | $807.50 |
| **Total** | | **1,288.55** | | **$429,057.92** |