**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*.

Plaintiffs,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,

Defendants.

Case No. 1:25-cv-10346

**[PROPOSED ORDER] GRANTING PLAINTIFF AAU'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court hereby **GRANTS** Plaintiff AAU's Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and awards fees and costs in the amount of $429,914.29.

It is so ordered.

Hon. Angel Kelley
United States District Judge