**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-10346 |

**JOINT MOTION TO EXTEND THE STAY OF PLAINTIFF AAU'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The United States and Plaintiff Association of American Universities ("AAU") hereby move to extend the stay of all proceedings relating to AAU's *Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act* (the "Fee Motion"), in the above-captioned case for an additional forty-five days.

On September 14, 2026, the parties jointly moved to stay the Fee Motion for thirty days to provide time for the United States to seek approval of a proposed settlement. The Court granted the requested stay. That stay expires today. A further stay of the Fee Motion will provide time for the United States to continue the process of seeking the necessary approval.

Accordingly, the United States and AAU hereby jointly request the Court to extend the stay of the Fee Motion for an additional forty-five days.

Dated: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

MARC S. SACKS
Deputy Director

/s/ *Thomas W. Ports, Jr.*
Thomas W. Ports, Jr.
Trial Attorneys
U.S. Department of Justice, Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044-0875
Tel: (202) 307-0244
thomas.ports@usdoj.gov

*Attorneys for Defendants*

CLEMENT & MURPHY, PLLC

By: */s/ Paul D. Clement* (with permission)

Paul D. Clement (*pro hac vice*)
James Y. Xi (*pro hac vice*)
Kyle R. Eiswald (*pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education*

JENNER & BLOCK LLP

By: */s/ Lindsay C. Harrison* (with permission)

Lindsay C. Harrison (*pro hac vice*) Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*) Elizabeth Henthorne (*pro hac vice*) Anjali Motgi (*pro hac vice*)
Zachary C. Schauf (*pro hac vice*) 1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com

Shoba Pillay, BBO No. 659739 353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for All Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 15, 2026

/s/ *Thomas W. Ports, Jr.*
Thomas W. Ports, Jr.
Trial Attorney